B1 (Official Form 1) (12/11)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Dewey & LeBoeuf LLP | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Dewey Ballantine LLP; LeBoeuf, Lamb, Greene & MacRae LLP | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>13-5608594 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1301 Avenue of the Americas<br>New York, New York<br>ZIP CODE 10019 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>New York | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

### Filing Fee (Check one box.)

- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

--------------------------------------

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

#### Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

#### Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

#### Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

B1 (Official Form 1) (12/11)                                                                                                          Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Dewey & LeBoeuf LLP |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box.)**

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes.)**

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Dewey & LeBoeuf LLP |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X /s/ Albert Togut<br>Signature of Attorney for Debtor(s)<br>Albert Togut<br>Printed Name of Attorney for Debtor(s)<br>Togut, Segal & Segal LLP<br>Firm Name<br><br>One Penn Plaza, Suite 3335<br>New York, NY 10119<br>Address<br>(212) 594-5000<br>Telephone Number<br>05/28/2012<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ Jonathan A. Mitchell<br>Signature of Authorized Individual<br>Jonathan A. Mitchell<br>Printed Name of Authorized Individual<br>Chief Restructuring Officer<br>Title of Authorized Individual<br>05/28/2012<br>Date | _____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| DEWEY & LEBOEUF LLP, | : | Case No. 12-_____ (__) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

-------------------------------------------------------------X

## LIST OF 20 LARGEST UNSECURED CLAIMS

Attached is a list of creditors holding the twenty (20) largest unsecured claims against the above-captioned debtor (the "Debtor"). The list has been prepared from the unaudited books and records of the Debtor. The list has been prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtor's chapter 11 case. The list does not include: (i) persons who fall within the definition of "insider" set forth in 11 U.S.C. § 101(31), or (ii) secured creditors who may have deficiency claims. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtor. Moreover, nothing herein shall affect the Debtor's right to challenge the amount or characterization of any claim at a later date.

**Dewey LeBouef LLP**

**Top Twenty Unsecured Creditors**

| No. | Vendor Name | Address | Nature of Claim | Phone | Facsimile | E-mail | Claim Amount |
|---|---|---|---|---|---|---|---|
| 1 | Pension Benefit Guaranty Corporation | 1200 K Street, N.W. Washington, DC 20005 | Pension Claim | 202-326-4020 | 202-326-4112 | Wagner.Scott@pbgc.gov | $80,000,000* |
| 2 | 1301 Properties Owner LP | 1633 Broadway, Suite 1801 New York, NY 10019 | Property Taxes/May Rent | 212-237-3105 | | VMessina@paramount-group.com | $3,778,350 |
| 3 | Thompson Reuters | 610 Opperman Drive Eagan, MN 55123 | Library Services - Legal Research | 651-848-7836 | 651-687-8313 | Chris.Cartrett@thomsonreuters.com | $2,362,869 |
| 4 | Bank of America | CA5-7055-08-01555 555 California Street, 8th Fl. San Francisco, CA 94104 | Credit Card | 415-622-9688 | 415-953-8153 | Daniel.Weiss@bankofamerica.com | $2,142,000 |
| 5 | HireCounsel | 575 Madison Ave. New York, NY 10022 | Outsourced Staffing | 646-356-0510 | 646-356-0545 | LMestel@mestel.com | $1,557,371 |
| 6 | Lexis-Nexis | 125 Park Ave. Suite 2200 New York, NY 10017 | Library Services - Legal Research | 212-309-8100 | 800-437-8674 | Carolyn.Ullerick@lexisnexis.com | $1,412,966 |
| 7 | Corrao Miller Wiesenthal Legal Search Consultants, Inc. | 845 Third Ave. New York, NY 10022 | Outsourced Staffing | 212-328-6182 | | rmiller@cmwsearch.com | $1,325,000 |
| 8 | 1101 New York Holding LLC c/o Louis Dreyfus Properties LLC | 1101 New York Ave NW, Suite 909 Washington, DC 20005 | May Rent | 201-470-4700 | 202-449-2507 | DHapp@pgp.us.com | $830,789 |
| 9 | Diamond Personnel, LLC | 352 Seventh Avenue, 3rd Fl. New York, NY 10001 | Outsourced Staffing | 212-631-7520 | 212-631-7538 | RSamlin@diamondjob.com | $740,519 |
| 10 | Flik International Corp. Compass Group Usa | 3 International Drive, #200 Rye Brook, NY 10573 | Dining Services | 914-935-5361 | 845-853-1550 | Scott.Davis@compass-usa.com | $673,310 |
| 11 | HBR Consulting LLC | 311 South Wacker Drive, 22nd Fl. Chicago, IL 60606 | Consulting Services | 312-201-8400 | | CPetrini-Poli@hbrconsulting.com | $656,683 |
| 12 | CCH Incorporated/Wolters Kluwer Law & Business | 2700 Lake Cook Rd. Riverwoods, IL 60015 | Library Services - Legal Research | | | mike.sabbatis@wolterskluwer.com | $653,059 |
| 13 | McMorrow & Saverese | 7299 Happy Canyon Road Santa Ynez, CA 93460 | Recruiting Services | 805-693-0043 | | ralphs@mcmsav.com | $635,000 |
| 14 | Williams Lea | 1 Dag Hammarskjöld Plaza, 8th Fl. New York, NY 10017 | Outsourced Staffing/Equipment | 212-351-9000 | 212-351-9021 | Ken.Amman@williamslea.com | $550,393 |
| 15 | Commerzbank AG | 2 World Financial Center, 31st Fl. New York, NY 10281 | May Rent | 212-266-7200 | | robert.vassallo@commerzbank.com | $512,063 |
| 16 | Shook, Hardy & Bacon LLP | Kansas City, MO 64108 | Services | 816-474-6550 | 816-421-5547 | JMurphy@shb.com | $473,696 |
| 17 | Adams Grayson Corporation | 1625 Eye Street, NW., Suite 600 Washington, DC 20006 | Outsourced Staffing | 202-828-1112 | 202-828-1100 | PGronvall@adamsgrayson.com | $422,696 |
| 18 | Emily L. Saffitz | 82 Washington Place, 2B New York, NY 10011 | Severence Arrangement | 212-751-3171 | 214-880-3128 | Emily.Saffitz@tklaw.com | $416,667 |

**Dewey LeBouef LLP**

**Top Twenty Unsecured Creditors**

| No. | Vendor Name | Address | Nature of Claim | Phone | Facsimile | E-mail | Claim Amount |
|---|---|---|---|---|---|---|---|
| 19 | Swiss Post Solutions | 10 E. 40th Street, 9th Floor New York, NY 10016 | Outsourced Staffing/Equipment | 212-204-0990 | | art.tatge@swisspost.com | $392,601 |
| 20 | GE Asset Managment | 1600 Summer Street, #3 Stamford, CT  06905 | Refund for Legal Services | 203-326-2300 | | Matthew.Simpson@ge.com | $362,171 |
| | | | | | | | |
| | | | | | | | |
| **Notes** | | | | | | | |
| * Potential liability for underfunded pension plans, as alleged in suit brought by Pension Benefit Guaranty Corporation. | | | | | | | |
| The amounts set forth on this Exhibit represent estimated amounts as of the Petition Date and shall not constitute an admission of liability by, nor is it binding, on the Debtor. | | | | | | | |

**DECLARATION CONCERNING LIST OF CREDITORS HOLDING TWENTY
<u>LARGEST UNSECURED CLAIMS AGAINST DEWEY & LEBOEUF LLP</u>**


        I, the undersigned Chief Restructuring Officer of the Debtor in this case, declare under penalty of perjury that I have reviewed the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that the list is true and correct to the best of my information and belief.


Dated:   May 28, 2012


                /s/ Jonathan A. Mitchell
                By:  Jonathan A. Mitchell
                Title:  Chief Restructuring Officer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                    :
In re:                                              :          Chapter 11
                                                    :
DEWEY & LEBOEUF LLP,                                 :          Case No. 12-_____ (_)
                                                    :
                                Debtor.             :
                                                    :
-------------------------------------------------------------X

## STATEMENT CONCERNING THE LIST OF CREDITORS

            Contemporaneously herewith, the above-captioned debtor (the "Debtor")
has filed a motion requesting a waiver of the requirement for filing a list of creditors
pursuant to sections 105(a), 342(a) and 521(a)(1) of title 11 of the United States Code,
Rules 1007(a)(1) and 2002(a), (f) and (l) of the Federal Rules of Bankruptcy Procedure,
Rule 1007-1 of the Local Bankruptcy Rules for the Southern District of New York, and
General Orders 1-133, M-137, M-138 and M-192 of the United States Bankruptcy Court
for the Southern District of New York.  The Debtor proposes to furnish its list of
creditors to the proposed noticing and claims agent.  The Debtor has consulted with and
received the approval of the Clerk of this Court to implement the foregoing procedures.
The list of creditors will contain only those creditors whose names and addresses were
maintained in the Debtor's database or were otherwise ascertainable by the Debtor
prior to the commencement of this case.  The schedules of liabilities to be filed
subsequently should be consulted for a list of the Debtor's creditors that is
comprehensive and current as of the date of the commencement of this case.

## DECLARATION UNDER PENALTY OF PERJURY

   I, the undersigned Chief Restructuring Officer of the Debtor in this case, declare under penalty of perjury that I have reviewed the foregoing statement regarding the list of creditors and that the statement is true and correct to the best of my information and belief.

Dated: May 28, 2012

       /s/ Jonathan A. Mitchell
       By: Jonathan A. Mitchell
       Title: Chief Restructuring Officer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                    :
In re:                                              :        Chapter 11
                                                    :
DEWEY & LEBOEUF LLP,                                :        Case No. 12-_____ (_)
                                                    :
                              Debtor.               :
                                                    :
------------------------------------------------------------------X

## PARTNERSHIP OWNERSHIP STATEMENT

      Pursuant to Rules 1007(a) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Bankruptcy Rules for the Southern District of New York, and to enable the Judges to evaluate possible disqualifications or recusals, on behalf of Dewey & LeBoeuf LLP (the "Debtor"), the undersigned states that (i) there are no persons or entities that directly or indirectly owns 10% or more of the Debtor's partnership interest, and (ii) the Debtor does not directly or indirectly own 10% or more of any class of any publicly traded corporation's equity interests.

      The Debtor conducted international operations through the following directly or indirectly wholly-owned subsidiaries:

1. DL International Holdings LLC

2. Dewey & LeBoeuf International Services Company LLC

3. Dewey & LeBoeuf Brazil LLC

4. Dewey & LeBoeuf, S.L.

5. Dewey & LeBoeuf (UK) Ltd.

6. Dewey & LeBoeuf Servicos de Consultoria Ltda.

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned the Chief Restructuring Officer of the Debtor in this case, declare under penalty of perjury that I have reviewed the foregoing Partnership Ownership Statement and that the list is true and correct to the best of my information and belief.

Dated:   May 28, 2012

/s/ Jonathan A. Mitchell
By:     Jonathan A. Mitchell
Title:   Chief Restructuring Officer

## RESOLUTION

The undersigned, as General Counsel to Dewey & LeBoeuf LLP, a limited liability partnership duly organized under the laws of the State of New York (the "Partnership"), and a member of its Wind-Down Committee, does hereby certify that at a duly called meeting of the Wind-Down Committee convened on May 22, 2012, the following resolutions were adopted, and they have not been modified or rescinded, and are still in full force and effect:

>**"RESOLVED**, that in the judgment of the Wind-Down Committee, it is desirable and in the best interest of the Partnership that Jonathan A. Mitchell, in his capacity as the Chief Restructuring Officer of the Partnership, be empowered to cause a petition under Chapter 11 of the United States Bankruptcy Code to be filed by the Partnership in the event and upon such date as he deems necessary and appropriate for the protection of the Partnership and the preservation of its assets; and it is further

>**RESOLVED**, that Jonathan A. Mitchell, Chief Restructuring Officer of the Partnership, be, and he hereby is, authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary or proper in connection with such proceeding under Chapter 11 and, in that connection, to retain and employ Togut, Segal & Segal LLP as the Partnership's general bankruptcy counsel, and to retain and employ all assistance by other legal counsel or otherwise which he may deem necessary or proper with a view to the successful conclusion of such Chapter 11 case."

**IN WITNESS WHEREOF**, the undersigned, having the full authority to do so, has hereunto set their hands, this 22nd day of May, 2012.


By:   /s/ Janis M. Meyer
      Janis M. Meyer
      Partner and General Counsel
      Member of the Wind-Down Committee
      of Dewey & LeBoeuf LLP