# **Exhibit A**

# UTOG 2 WAY RADIO INC.

25-20 39th Avenue; Long Island City NY, 11101-3616
Bookkeeping 718-361-7290;   Sales 718-361-2370;   Fax 718-361-1576

**UTOG.COM**

TERMS: Net 10 Days. Please Examine At Once, If No Report
is received in 10 days, Invoice will be considered correct

Page: 1

GOLDIN ASSOCIATES
350 FIFTH AVE
NEW YORK, NY 10118
EMPIRE STATE BUILDIN,

JUN 29 2012

Date    : 06/22/2012
Invoice: 546186
Account: 1345

Date Received  6/29
Date Submitted for Data Entry
Billable  X    Non Billable
Date Entered
Date Submitted to A/P    7/2

## # Vouchers= 10 SubTotals**   541.00   55.81

| Voucher | Date | Car | Job | Fare | SC | Stop | Wait | Toll/Prk | NJTax | NYSTax | Tips | Misc | Total | Passenger | Pick Up | Destination | Time | CLIE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2758287 | 06/19/12 | 0257 | 9211 | 23.00 | 3.54 | 0.00 | 0.00 | 0.00 | 0.00 | 2.40 | 0.00 | 1.00 | 29.94 | PAUKER,DAVID | M,350 5 AVE | M,1301 6 AVE | 15:34 | 1210 |
| 3642205 | 06/15/12 | 0172 | 6366 | 28.00 | 3.94 | 0.00 | 14.00 | 0.00 | 0.00 | 4.17 | 0.00 | 2.00 | 52.11 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 21:35 | 1210 |
| 3655213 | 06/18/12 | 0264 | 8562 | 125.00 | 5.80 | 0.00 | 0.00 | 8.00 | 0.00 | 12.42 | 0.00 | 4.00 | 155.22 | FEIRMAN,ANDREW | M,350 5 AVE | WE, CORTLAND | 23:42 | 1210 |
| 3662905 | 06/15/12 | 0250 | 5522 | 96.00 | 5.54 | 0.00 | 0.00 | 24.20 | 0.00 | 0.00 | 0.00 | 4.00 | 129.74 | CHAKABVA,A | M,350 5 AVE MUST GET INIT NJ, METUCHEN | 04:25 | 1210 |
| 3663864 | 06/15/12 | 0261 | 5485 | 28.00 | 4.01 | 0.00 | 17.50 | 0.00 | 0.00 | 4.48 | 0.00 | 2.00 | 55.99 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 01:21 | 1210 |
|  |  |  |  | 300.00 | 22.83 | 0.00 | 31.50 | 32.20 | 0.00 | 23.47 | 0.00 | 13.00 | 423.00 | *** CLIENT=1210 |  |  |  |  |

## # Vouchers= 15 SubTotals**

| Fare | 920.00 | Tolls | 52.85 | Tips | 0.00 | ServiceFee | 45.00 | Date    : 06/22/2012 |
|---|---|---|---|---|---|---|---|---|
| Stops | 0.00 | NJTax | 0.00 | Misc | 41.00 | Surcharge | 22.85 | Invoice: 546186 |
| Wait | 84.00 | NYSTax | 58.13 | Gross | 1,223.83 | TOTAL | 1,223.83 | Account: 1345 |
|  |  | # Vouchers | 15 |  |  |  |  | Amount Due: $1,223.83  Amount Paid: _____ |

Please Show Account and Invoice Number On Check Payable to 'UTOG 2-Way Radio'  | Please Return this Portion with Payment

# UTOG 2 WAY RADIO INC.

25-20 39th Avenue; Long Island City NY, 11101-3616
Bookkeeping 718-361-7290;  Sales 718-361-2370;  Fax 718-361-1576

**UTOG.COM**

TERMS: Net 10 Days. Please Examine At Once, If No Report is received in 10 days, Invoice will be considered correct

Page: 1

GOLDIN ASSOCIATES
350 FIFTH AVE
NEW YORK, NY 10118
EMPIRE STATE BUILDIN,

JUN 29 2012

Date    : 06/22/2012
Invoice: 546186
Account: 1345

Date Received _____
Date Submitted for Data Entry _____
Billable  X    Non _____
Date Entered _____
Date Submitted to A/P _____

## # Vouchers= 10 SubTotals**

| Voucher | Date | Car | Job | Fare | SC | Stop | Wait | Toll/Prk | NJTax | NYSTax | Tips | Misc | Total | Passenger | Pick Up | Destination | Time | CLIE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2758287 | 06/19/12 | 0257 | 9211 | 23.00 | 3.54 | 0.00 | 0.00 | 0.00 | 0.00 | 2.40 | 0.00 | 1.00 | 29.94 | PAUKER,DAVID | M,350 5 AVE | M,1301 6 AVE | 15:34 | 1210 |
| 3642205 | 06/15/12 | 0172 | 6366 | 28.00 | 3.94 | 0.00 | 14.00 | 0.00 | 0.00 | 4.17 | 0.00 | 2.00 | 52.11 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 21:35 | 1210 |
| 3655213 | 06/18/12 | 0264 | 8562 | 125.00 | 5.80 | 0.00 | 0.00 | 8.00 | 0.00 | 12.42 | 0.00 | 4.00 | 155.22 | FEIRMAN,ANDREW | M,350 5 AVE | WE, CORTLAND | 23:42 | 1210 |
| 3662905 | 06/15/12 | 0250 | 5522 | 96.00 | 5.54 | 0.00 | 0.00 | 24.20 | 0.00 | 0.00 | 0.00 | 4.00 | 129.74 | CHAKABVA,A | M,350 5 AVE MUST GET INIT | NJ, NETUCHEN | 04:25 | 1210 |
| 3663864 | 06/15/12 | 0261 | 5485 | 28.00 | 4.01 | 0.00 | 0.00 | 17.50 | 0.00 | 4.48 | 0.00 | 2.00 | 55.99 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 01:21 | 1210 |

541.00   22.83        0.00   31.50   0.00   23.47   0.00   13.00   300.00

423.00 *** CLIENT=1210

# Vouchers= 15 SubTotals**

| Fare | 920.00 | Tolls | 52.85 | Tips | 0.00 |
|---|---|---|---|---|---|
| Stops | 0.00 | NJTax | 0.00 | Misc | 41.00 |
| Wait | 84.00 | NYSTax | 58.13 | Gross | 1,223.83 |
| | | # Vouchers | 15 | | |

Date    : 06/22/2012
Invoice: 546186
Account: 1345
Amount Due: $1,223.83    Amount Paid: _____

ServiceFee    45.00
Surcharge     22.85
TOTAL      1,223.83

Please Show Account and Invoice Number On Check Payable to 'UTOG 2-Way Radio'    | Please Return this Portion with Payment

# UTOG 2 WAY RADIO INC.

20-20 39th Avenue; Long Island City NY, 11101-3616
Bookkeeping 718-361-7290; Sales 718-361-2370; Fax 718-361-1576

**UTOG.COM**

TERMS: Net 10 Days. Please Examine At Once, If No Report is received in 10 days, Invoice will be considered correct

Page: 1

GOLDIN ASSOCIATES
350 FIFTH AVE
NEW YORK, NY 10118
EMPIRE STATE BUILDIN,

Date    : 06/29/2012
Invoice: 546660
Account: 1345

| Voucher | Date | Car | Job | Fare | SC | Stop | Wait | Toll/Prk | NJTax | NYSTax | Tips | Misc | Total | Passenger | Pick Up | Destination | Time | CLIE | CALL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3541 | 06/21/12 0202 | 2670 | | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,1301 6 AVE | M,333 CENTRAL PARK WEST | 20:41 | 1210 | PAUKER |
| 1278 | 06/25/12 0201 | 4798 | | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 01:00 | 1210 | PAUKER |
| 4509 | 06/22/12 0270 | 3018 | | 96.00 | 5.74 | 10.00 | 0.00 | 24.20 | 0.00 | 0.00 | 0.00 | 4.00 | 139.94 | CHAKABVA,A | M,350 5 AVE | NJ, METUCHEN | 03:57 | 1210 | CHAKADV |
| 4657 | 06/21/12 0084 | 1523 | | 96.00 | 5.54 | 0.00 | 0.00 | 24.20 | 0.00 | 0.00 | 0.00 | 4.00 | 129.74 | CHAKABVA,A | M,350 5 AVE MUST GET INIT | NJ, METUCHEN | 00:59 | 1210 | CHAKABV |
| 2275 | 06/19/12 0154 | 9908 | | 125.00 | 5.64 | 0.00 | 0.00 | 0.00 | 0.00 | 11.72 | 0.00 | 4.00 | 146.36 | FEIRMAN,ANDREW | M,838 2 AVE | WE, CORTLAND | 22:29 | 1210 | FEIRMAN |
| 5842 | 06/25/12 0306 | 6055 | | 96.00 | 5.54 | 0.00 | 0.00 | 24.20 | 0.00 | 0.00 | 0.00 | 4.00 | 129.74 | CHAKABVA,A | M,350 5 AVE MUST GET INIT | NJ, METUCHEN | 23:33 | 1210 | CHAKABZ |

# UTOG 2 WAY RADIO INC.

37-20 39th Avenue; Long Island City NY, 11101-3616
Bookkeeping 718-361-7290; Sales 718-361-2370; Fax 718-361-1576

**UTOG.COM**

TERMS: Net 10 Days. Please Examine At Once, If No Report is received in 10 days, Invoice will be considered correct

Page: 1

GOLDIN ASSOCIATES
350 FIFTH AVE
NEW YORK, NY 10118
EMPIRE STATE BUILDIN,

Date    : 06/29/2012
Invoice: 546660
Account: 1345

| Voucher | Date | Car | Job | Fare | SC | SG | Stop | Wait | Toll/Prk | NJTax | NYSTax | Tips | Misc | Total | Passenger | Pick Up | Destination | Time | CLIE | CALL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3541 | 06/21/12 | 0202 | 2670 | 28.00 | | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,1301 6 AVE | M,333 CENTRAL PARK WEST | 20:41 | 1210 | PAUKER |
| 1278 | 06/25/12 | 0201 | 4798 | 28.00 | | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 01:00 | 1210 | PAUKER |
| 4509 | 06/22/12 | 0270 | 3018 | 96.00 | | 5.74 | 10.00 | 0.00 | 24.20 | 0.00 | 0.00 | 0.00 | 4.00 | 139.94 | CHAKABVA,A | M,350 5 AVE | NJ, METUCHEN | 03:57 | 1210 | CHAKAD |
| 4657 | 06/21/12 | 0084 | 1523 | 96.00 | | 5.54 | 0.00 | 0.00 | 24.20 | 0.00 | 0.00 | 0.00 | 4.00 | 129.74 | CHAKABVA,A | M,350 5 AVE MUST GET INIT | NJ, METUCHEN | 00:59 | 1210 | CHAKAB |
| 2275 | 06/19/12 | 0154 | 9908 | 125.00 | | 5.64 | 0.00 | 0.00 | 0.00 | 0.00 | 11.72 | 0.00 | 4.00 | 146.36 | FEIRMAN,ANDREW | M,838 2 AVE | WE, CORTLAND | 22:29 | 1210 | FEIRMAN |
| 5842 | 06/25/12 | 0306 | 6055 | 96.00 | | 5.54 | 0.00 | 0.00 | 24.20 | 0.00 | 0.00 | 0.00 | 4.00 | 129.74 | CHAKABVA,A | M,350 5 AVE MUST GET INIT | NJ, METUCHEN | 23:33 | 1210 | CHAKAB2 |

# UTOG 2 WAY RADIO INC.

UTOG.COM

25-20 39th Avenue; Long Island City NY, 11101-3616
Bookkeeping 718-361-7290; Sales 718-361-2370; Fax 718-361-1576

TERMS: Net 10 Days. Please Examine At Once, If No Rep. is received in 10 days, Invoice will be considered corr[ect]

Page:

GOLDIN ASSOCIATES
350 FIFTH AVE

Date    : 08/03/2012
Invoice: 549705
Account: 1245

| Voucher | Date | Car | Job | Fare | SC | Stop | Wait | Toll/Prk | NJTax | NYSTax | Tips | Misc | Total | Passenger | Pick Up | Destination | Time | CLIENT | CALL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3660138 | 07/30/12 | 0152 | 5923 | 96.00 | 5.56 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 0.00 | 4.00 | 130.56 | CHAKADVA,ALOIS | M,1301 6 AVE | NJ, METUCHEN | 23:00 | 1210 | CHAKABV |
| 3684725 | 07/31/12 | 0172 | 6945 | 96.00 | 5.54 | 0.00 | 0.00 | 24.20 | 0.00 | 0.00 | 0.00 | 4.00 | 129.74 | CHAKADVA,ALOIS | M,1301 6 AVE | NJ, METUCHEN | 21:18 | 1210 | CHAKABV |
| 3686299 | 07/25/12 | 0156 | 1786 | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 21:35 | 1210 | PAUKER |
| 3696570 | 07/30/12 | 0006 | 5875 | 125.00 | 5.72 | 0.00 | 0.00 | 4.00 | 0.00 | 12.07 | 0.00 | 4.00 | 150.79 | FEIRMAN,ANDREW | M,1301 6 AVE | WE, CORTLAND | 22:01 | 1210 | FEI |
| 3705408 | 07/26/12 | 0201 | 1984 | 96.00 | 5.54 | 0.00 | 0.00 | 24.10 | 0.00 | 0.00 | 0.00 | 4.00 | 129.64 | CHAKABVA,A | M,350 5 AVE MUST GET INIT | NJ,31 CENTRAL SQUARE PARK | 00:08 | 1210 | CHAKAPP |

# Vouchers= 12 SubTotals**    441.00  26.02  0.00  0.00  77.30  0.00  15.00  0.00  18.00  577.32  *** CLIENT=1210

Dewey

# UTOG 2 WAY RADIO INC.

25-20 39th Avenue; Long Island City NY, 11101-3616
Bookkeeping 718-361-7290; Sales 718-361-2370; Fax 718-361-1576

**UTOG.COM**

TERMS: Net 10 Days. Please Examine At Once, If No Report is received in 10 days, Invoice will be considered correct

Page: 1

GOLDIN ASSOCIATES
350 FIFTH AVE
NEW YORK, NY 10118
EMPIRE STATE BUILDIN,

Date    : 07/06/2012
Invoice: 547491
Account: 1345

| Voucher | Date | Car | Job | Fare | SC | Stop | Wait | Toll/Prk | NJTax | NYSTax | Tips | Misc | Total | Passenger | Pick Up | Destination | Time | CLIE | CALL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3578490 | 06/27/12 | 0153 | 8388 | 125.00 | 5.77 | 0.00 | 0.00 | 6.50 | 0.00 | 12.29 | 0.00 | 4.00 | 153.56 | FEIRMAN,ANDREW | M,350 5 AVE | WE, CORTLANDT | 21:49 | 1210 | FIERMANN |
| 3632605 | 06/27/12 | 0234 | 5361 | 125.00 | 5.80 | 0.00 | 0.00 | 8.00 | 0.00 | 12.42 | 0.00 | 4.00 | 155.22 | FEIRMAN,ANDREW | M,1301 6 AVE | WE, CORTLAND | 22:56 | 1210 | FEIRMAN |
| 3642159 | 06/14/12 | 0025 | 9788 | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 23:41 | 1210 | |
| 3674926 | 06/28/12 | 0056 | 9870 | 96.00 | 5.56 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 0.00 | 4.00 | 130.56 | CHAKABVA,A | M, LA GUARDIA PL | NJ, METUCHEN | 01:59 | 1210 | CHAKADV |
| 3678602 | 06/29/12 | 0154 | 6034 | 83.00 | 4.80 | 0.00 | 0.00 | 0.00 | 0.00 | 7.99 | 0.00 | 4.00 | 99.79 | FEIRMAN,ANDREW | M,350 5 AVE | WE, WHITE PLAINS | 23:20 | 1210 | FIERMAN |
| 3679036 | 06/27/12 | 0405 | 8506 | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 23:17 | 1210 | |
| **6 Subtotals** | | | | 485.00 | 29.25 | 0.00 | 0.00 | 39.50 | 0.00 | 38.56 | 0.00 | 20.00 | 612.31 | *** CLIENT=1210 | | | | | |

# Vouchers=  6 Subtotals**

Stops   0.00   NJTax   0.00   Misc   24.00
Wait    0.00   NYStax  38.56  Gross  796.17
        # Vouchers  7

Serviceree    21.00
Surcharge     14.86
TOTAL        796.17

Invoice: 547491
Account: 1345
Amount Due: $796.17   Amount Paid: _____

Check Payable to 'UTOG 2-Way Radio'
Please Show Account and Invoice Number.   | Please Return this Portion with Payment

# UTOG 2 WAY RADIO INC.

25-20 39th Avenue; Long Island City NY, 11101-3616
Bookkeeping 718-361-7290;  Sales 718-361-2370;  Fax 718-361-1576

**UTOG.COM**

TERMS: Net 10 Days. Please Examine At Once, If No Report is received in 10 days, Invoice will be considered correct

Page:

GOLDIN ASSOCIATES
350 FIFTH AVE
NEW YORK, NY 10118
EMPIRE STATE BUILDIN,

Date    : 07/13/20
Invoice: 547865
Account: 1345

Date Received
Date Submitted for Data Entry
Billable  X    Non-Billable
Date Entered
Date Submitted to A/P

| Voucher | Date | Car | Job | Fare | SC | Stop | Wait | Toll/Prk | NJTax | NYSTax | Tips | Misc | Total | Passenger | Time | CLIENT | Pick Up | Destination |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2758290 | 07/09/12 | 0244 | 5151 | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | POLKOWITZ,GARY | 14:19 | 1210 | M,350 5 AVE | M,1 BOWLING GREEN |
| 3674861 | 07/10/12 | 0243 | 6938 | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | 21:36 | 1210 | M,350 5 AVE | M,333 CENTRAL PARK WEST |
| 3685293 | 07/10/12 | 0084 | 7085 | 96.00 | 5.54 | 0.00 | 0.00 | 24.20 | 0.00 | 0.00 | 0.00 | 4.00 | 129.74 | CHAKADVA,ALOIS | 23:15 | 1210 | M,350 5 AVE MUST GET INIT NJ, METUCHEN | |
| 3690781 | 07/10/12 | 0170 | 5907 | 96.00 | 5.54 | 0.00 | 0.00 | 24.00 | 0.00 | 0.00 | 0.00 | 4.00 | 129.54 | CHAKABVA,A | 00:11 | 1210 | M,350 5 AVE | NJ, METUCHEN |
| # Vouchers= 7 SubTotals** | | | | 248.00 | 18.40 | 0.00 | 0.00 | 48.20 | 0.00 | 5.86 | 0.00 | 12.00 | 332.46 | *** CLIENT=1210 | | | | |

# Prime Time Transportation, Inc.

23-20 Jackson Avenue, LIC, NY 11101
(718) 482-7970 Fax:(718) 482-7947

Make Checks Payable To:

| INVOICE # | 406582 |
|---|---|
| INVOICE DATE | 07/20/2012 |
| ACCOUNT # | 3805 |
| INVOICE AMOUNT PAID | $ 36.20 |

GOLDIN ASSOCIATES, LLC
350 5TH AVENUE
NYC, NY 10118
Attn: TERRI BERTONE

**TERMS:** TOTAL AMOUNT OF INVOICE IS DUE UPON RECEIPT OF THIS BILL. PLEASE SHOW YOUR ACCOUNT NUMBER AND INVOICE NUMBER ON YOUR REMITTANCE. THANK YOU.
AMOUNT NOT PAID WITHIN 30 DAYS OF INVOICE DATE ARE SUBJECT TO A LATE CHARGE OF 1.5 % PER MONTH.
IF YOU WISH TO PAY WITH CREDIT CARD, PLEASE CALL THE ABOVE NUMBER.

*Please Do Not Pay*
*Npp payed on*
*Jay Amex*

---- CUT ALONG DOTTED LINE AND RETURN UPPER PORTION WITH PAYMENT ----

RETAIN BOTTOM PORTION FOR YOUR RECORDS

# Prime Time Transportation, Inc.

23-20 Jackson Avenue, LIC, NY 11101
(718) 482-7970 Fax:(718) 482-7947

Invoice # 406582        Detail for Acct.# 3805        Invoice Date: 07/20/2012

| Vch# | Date | Time | Car# | Passenger | Pickup | Destination | Rate | Toll | Prkg | WT | Stops | Phone | Misc | Tips | Srv | Surchg | S Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 360558 | 07/13/12 | 00:58 | 0070 | PAUKER,DAVID | M,350 5 AVE *DEWEY* | M,333 CENTRAL PARK WES | 27.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 | 0.65 | 2.90 | 36.20 ✓ |
| | | | | | | Total: | 27.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 | 0.65 | 2.90 | 36.20 |

No. of Items: 1

# UTOG 2 WAY RADIO INC.

25-20 39th Avenue; Long Island City NY, 11101-3616
Bookkeeping 718-361-7290; Sales 718-361-2370; Fax 718-361-1576

UTOG.COM

Page: 1

TERMS: Net 10 Days. Please Examine At Once, If No Report is received in 10 days, Invoice will be considered correct

Date Received
Date Submitted for Data Entry
Billable ✓ Non-Billable
Date Entered
Date Submitted to A/P

GOLDIN ASSOCIATES
350 FIFTH AVE
NEW YORK, NY 10118
EMPIRE STATE BUILDIN,

Date    : 07/20/2012
Invoice: 548533
Account: 1345

| Voucher | Date | Car | Job | Fare | SC | Stop | Wait | Toll/Prk | NJTax | NYStax | Tips | SC | Total | Passenger | Pick Up | Destination | Time | CLIE | CALL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3156447 | 07/12/12 | 0231 | 9462 | 125.00 | 5.77 | 0.00 | 0.00 | 6.50 | 0.00 | 12.29 | 0.00 | 4.00 | 153.56 | FEIRMAN,ANDREW | M,350 5 AVE | WE, CORTLANDT | 21:53 | 1210 | FEIRMAN |
| 3263783 | 07/17/12 | 0164 | 2661 | 23.00 | 3.54 | 0.00 | 0.00 | 0.00 | 0.00 | 2.40 | 0.00 | 1.00 | 29.94 | PAUKER,DAVID | M,350 5 AVE | M,1301 6 AVE | 09:54 | 1210 | BRUNO |
| 3655262 | 07/10/12 | 0152 | 7068 | 125.00 | 5.77 | 0.00 | 0.00 | 6.50 | 0.00 | 12.29 | 0.00 | 4.00 | 153.56 | FEIRMAN,ANDREW | M,350 5 AVE | WE, CORTLANDT | 22:52 | 1210 | SAME |
| 3655460 | 07/16/12 | 0292 | 2397 | 125.00 | 5.72 | 0.00 | 0.00 | 4.00 | 0.00 | 12.07 | 0.00 | 4.00 | 150.79 | FEIRMAN,ANDREW | M,1301 6 AVE | WE, CORTLANDT | 22:07 | 1210 | FEIRMAN |
| 3668696 | 07/16/12 | 0244 | 2434 | 96.00 | 5.54 | 0.00 | 0.00 | 24.00 | 0.00 | 0.00 | 0.00 | 4.00 | 129.54 | CHAKADVA,ALOIS | M,1301 6 AVE | NJ, METUCHEN | 22:26 | 1210 | 0000000 |
| 3668701 | 07/17/12 | 0244 | 3926 | 96.00 | 5.54 | 0.00 | 0.00 | 24.20 | 0.00 | 0.00 | 0.00 | 4.00 | 129.74 | CHAKAVA,A | M,1301 6 AVE | NJ, METUCHEN | 23:31 | 1210 | CHAKAVA |
| 3682292 | 07/12/12 | 0405 | 9453 | 96.00 | 5.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 105.06 | CHAKAVZA,ALOIS | M,350 5 AVE MUST GET INIT | NJ, METUCHEN | 21:44 | 1210 | CHAKAVZ |
| 3690566 | 07/16/12 | 0056 | 2431 | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 22:28 | 1210 | PAUKER |
| 3690793 | 07/17/12 | 0170 | 3915 | 125.00 | 5.77 | 0.00 | 0.00 | 6.50 | 0.00 | 12.29 | 0.00 | 4.00 | 153.56 | FEIRMAN,ANDREW | M,1301 6 AVE | WE, CORTLANDT | 23:28 | 1210 | |
| 3696154 | 07/19/12 | 0146 | 6635 | 96.00 | 5.54 | 0.00 | 0.00 | 24.20 | 0.00 | 0.00 | 0.00 | 4.00 | 129.74 | CHAKAVA,A | M,1301 6 AVE | NJ, 31 CENTRAL SQUARE PARK | 22:17 | 1210 | CHAKAVA |
| # Vouchers= 13 SubTotals** | | | | 935.00 | 51.91 | 0.00 | 0.00 | 95.90 | 0.00 | 54.27 | 0.00 | 35.00 | 1,172.08 | *** CLIENT=1210 | | | | | |

# UTOG 2 WAY RADIO INC.    UTOG.COM

25-20 39th Avenue; Long Island City NY, 11101-3616
Bookkeeping 718-361-7290; Sales 718-361-2370; Fax 718-361-1576

TERMS: Net 10 Days. Please Examine At Once, If No Report is received in 10 days, Invoice will be considered correct

Date Received: 6/1?
Date Submitted for Data Entry: ___
Billable ___ Non-Billable ___
Date Entered: ✓
Date Submitted to A/P: ___  By: CA?

GOLDIN ASSOCIATES
350 FIFTH AVE

Date   : 07/27/2012
Invoice: 548970

Page 1

| Voucher | Date | Car | Job | Fare | SC | Stop | Wait | Toll/Prk | NJTax | NYSTax | Tips | Misc | Total | Passenger | Pick Up | Destination | Time | CLIE | CA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3684384 | 07/23/12 | 0200 | 9386 | 125.00 | 5.72 | 0.00 | 0.00 | 4.00 | 0.00 | 12.07 | 0.00 | 4.00 | 150.79 | FEIRMAN,ANDREW | M,1301 6 AVE | WE, CORTLAND | 21:55 | 1210 | FIRM |
| 3684418 | 07/23/12 | 0306 | 9222 | 28.00 | 4.01 | 0.00 | 17.50 | 0.00 | 0.00 | 4.48 | 0.00 | 2.00 | 55.99 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 21:08 | 1210 | PAUKE |
| 3684881 | 07/19/12 | 0154 | 6681 | 125.00 | 5.72 | 0.00 | 0.00 | 4.00 | 0.00 | 12.07 | 0.00 | 4.00 | 150.79 | FEIRMAN,ANDREW | M,1301 6 AVE | WE, CORTLAND | 22:48 | 1210 | FIRM |
| 3686549 | 07/23/12 | 0062 | 9435 | 96.00 | 5.55 | 0.00 | 0.00 | 24.30 | 0.00 | 0.00 | 0.00 | 4.00 | 129.85 | CHAKADVA,ALOIS | M,1301 6 AVE | NJ, METUCHEN | 22:39 | 1210 | CHAKA |
| 3690538 | 07/19/12 | 0084 | 6383 | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 20:00 | 1210 | PAUKE |
|  |  |  |  | 402.00 | 24.66 | 0.00 | 17.50 | 32.30 | 0.00 | 31.55 | 0.00 | 16.00 | 524.01 | *** CLIENT=1210 |  |  |  |  |  |

# Vouchers= 12   SubTotals**     12 SubTotals**

# UTOG 2 WAY RADIO INC.

15-20 39th Avenue; Long Island City NY, 11101-3616
Bookkeeping 718-361-7290; Sales 718-361-2370; Fax 718-361-1576

UTOG.COM

TERMS: Net 10 Days. Please Examine At Once, If No Report
is received in 10 days, Invoice will be considered correct.

Page: 1

GOLDIN ASSOCIATES
350 FIFTH AVE
NEW YORK, NY 10118
EMPIRE STATE BUILDIN.

Date    : 08/17/2012
Invoice: 550852
Account: 1345

*cab took 24 hrs. to be
called in by UTOG*

| Voucher | Date | Car | Job | Fare | SC | Stop | Wait | Toll/Prk | NJTax | NYSTax | Tips | Misc | Total | Passenger | Pick Up | Destination | Time | CLIE | CALL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1685828 | 08/13/12 | 0172 | 8066 | 125.00 | 5.77 | 0.00 | 0.00 | 6.50 | 0.00 | 12.29 | 0.00 | 4.00 | 153.56 | FEIRMAN,ANDREW | M,350 5 AVE | WE, CORTLANDT | 21:31 | 1210 | FIERMAN |
| 1689826 | 08/07/12 | 0056 | 3095 | 28.00 | 3.80 | 0.00 | 7.00 | 0.00 | 0.00 | 3.55 | 0.00 | 2.00 | 44.35 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 21:09 | 1210 | PAUKER |

*Deny*

# UTOG 2 WAY RADIO INC.

25-20 39th Avenue; Long Island City NY, 11101-3616
Bookkeeping 718-361-7290; Sales 718-361-2370; Fax 718-361-1576

UTOG.COM

TERMS: Net 10 Days. Please Examine At Once, If No Report is received in 10 days Invoice will be considered correct

Page:

GOLDIN ASSOCIATES
350 FIFTH AVE
NEW YORK, NY 10118
EMPIRE STATE BUILDIN.

Date : 08/31/2012
Invoice: 561725
Account: 1345

| Voucher | Date | Car | Job | Fare | SC | Stop | Wait | Toll/Prk | NJTax | NYSTax | Tips | Misc | Total | Passenger | Pick Up | Destination | Time | CLIE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3680789 | 08/27/12 | 0109 | 9415 | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 21:03 | 1210 PAUKER |
| 693256 | 08/22/12 | 0293 | 5083 | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 00:01 | 1210 PAUKER |
| 3039 | 08/28/12 | 0154 | 385 | 96.00 | 5.42 | 0.00 | 0.00 | 18.20 | 0.00 | 0.00 | 0.00 | 4.00 | 123.62 | CHAKADVA,ALOIS | M,350 5 AVE MUST GET INIT | NJ, METUCHEN | 20:13 | 1210 CHAKAVA |

29.94 *** CLIENT=1205

# UTOG 2 WAY RADIO INC.

25-20 39th Avenue; Long Island City NY, 11101-3616
Bookkeeping 718-361-7290; Sales 718-361-2370; Fax 718-361-1576

**UTOG.COM**

Page:
TERMS: Net 10 Days. Please Examine At Once, If No Report is received in 10 days invoice will be considered correct

GOLDIN ASSOCIATES
350 FIFTH AVE
NEW YORK, NY 10118
EMPIRE STATE BUILDIN.

Date : 08/31/2012
Invoice: 551725
Account: 1345

| Voucher | Date | Car | Job | Fare | SC | Stop | Wait | Toll/Prk | NJTax | NYSTax | Tips | Misc | Total | Passenger | Pick Up | Destination | Time | CLIE | CALLER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3680789 | 08/27/12 | 0109 | 9415 | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 21:03 | 1210 | PAUKER |
| 693256 | 08/22/12 | 0293 | 5083 | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 00:01 | 1210 | PAUKER |
| 3039 | 08/28/12 | 0154 | 385 | 96.00 | 5.42 | 0.00 | 0.00 | 18.20 | 0.00 | 0.00 | 0.00 | 4.00 | 123.62 | CHAKADVA,ALOIS | M,350 5 AVE MUST GET INIT | NJ, METUCHEN | 20:13 | 1210 | CHAKAVA |

29.94 *** CLIENT=1205

# UTOG 2 WAY RADIO INC.

25-20 39th Avenue; Long Island City NY, 11101-3616
Bookkeeping 718-361-7290; Sales 718-361-2370; Fax 718-361-1576

GOLDIN ASSOCIATES
350 FIFTH AVE
NEW YORK, NY 10118

UTOG.COM

TERMS: Net 10 Days. Please Examine At Once, If No Report is received in 10 days, Invoice will be considered correct.

Date: 09/07/2012
Invoice: 552463

| Voucher | Date | Car | Job | Fare | SC | Stop | Wait | Toll/Prk | NJTax | NYSTax | Tips | Misc | Total | Passenger | Time | CLIE | Pick Up | Destination |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3711758 | 09/04/12 | 0026 | 5285 | 28.00 | 3.87 | 0.00 | 10.50 | 0.00 | 0.00 | 3.86 | 0.00 | 2.00 | 48.23 | PAUKER,DAVID | 20:23 | 1210 | M,350 5 AVE | M,333 CENTRAL PARK WEST |

# UTOG 2 WAY RADIO INC.

25-20 39th Avenue; Long Island City NY, 11101-3616
Bookkeeping 718-361-7290; Sales 718-361-2370; Fax 718-361-1576

**UTOG.COM**

TERMS: Net 10 Days. Please Examine At Once, If No Report is received in 10 days, Invoice will be considered correct.

GOLDIN ASSOCIATES
350 FIFTH AVE
NEW YORK, NY 10118
EMPIRE STATE BUILDIN.

Date    : 09/15/2012
Invoice: 552836
Account: 1345

Date Received 9/24
Date Submitted for Data Entry
Billable ✓    Non-Billable
Date Entered
Date Submitted to A/P    By

| Voucher | Date | Car | Job | Fare | SC | Stop | Wait | Toll/Prk | NJTax | NYSTax | Tips | Misc | Total | Passenger | Pick Up | Destination | Time | CLIENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3667546 | 09/11/12 | 0295 | 3412 | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 20:44 | 1210 PAUKER |
| 3705391 | 09/05/12 | 0201 | 6697 | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 20:16 | 1210 PAUKER |
| 3733954 | 09/05/12 | 0405 | 6865 | 96.00 | 5.54 | 0.00 | 0.00 | 24.10 | 0.00 | 0.00 | 0.00 | 4.00 | 129.64 | CHAKABVA,ALOIS | M,350 5 AVE | NJ, METUCHEN | 21:36 | 1210 CHAV |
| 3733959 | 09/10/12 | 0405 | 2085 | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 21:35 | 1210 PAUKER |
| # Vouchers= 6 SubTotals** | | | | 180.00 | 16.52 | 0.00 | 0.00 | 24.10 | 0.00 | 8.79 | 0.00 | 10.00 | 239.41 | *** CLIENT=1210 Dewey | | | | |

# UTOG 2 WAY RADIO INC.

25-20 39th Avenue; Long Island City NY, 11101-3616
Bookkeeping 718-361-7290; Sales 718-361-2370; Fax 718-361-1576

**UTOG.COM**

TERMS: Net 10 Days. Please Examine At Once, If No Report is received in 10 days, Invoice will be considered correct

GOLDIN ASSOCIATES
350 FIFTH AVE
NEW YORK, NY 10118
EMPIRE STATE BUILDIN

Date    : 09/15/2012
Invoice: 552836
Account: 1345

Date Received 9/24
Date Submitted for Data Entry
Billable ✓    Non-Billable
Date Entered    By
Date Submitted to A/P

| Voucher | Date | Car | Job | Fare | SC | Stop | Wait | Toll/Prk | NJTax | NYSTax | Tips | Misc | Total | Passenger | Pick Up | Time | CLIE | Destination |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3667546 | 09/11/12 | 0295 | 3412 | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,350 5 AVE | 20:44 | 1210 PAUKER | M,333 CENTRAL PARK WEST |
| 3705391 | 09/05/12 | 0201 | 6697 | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,350 5 AVE | 20:16 | 1210 PAUKER | M,333 CENTRAL PARK WEST |
| 3733954 | 09/05/12 | 0405 | 6865 | 96.00 | 5.54 | 0.00 | 0.00 | 24.10 | 0.00 | 0.00 | 0.00 | 4.00 | 129.64 | CHAKABVA,ALOIS | M,350 5 AVE | 21:36 | 1210 CRAY | NJ, METUCHEN |
| 3733959 | 09/10/12 | 0405 | 2085 | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,350 5 AVE | 21:35 | 1210 PAUKER | M,333 CENTRAL PARK WEST |
| # Vouchers= 6 SubTotals** | | | | 180.00 | 16.52 | 0.00 | 0.00 | 24.10 | 0.00 | 8.79 | 0.00 | 10.00 | 239.41 | *** CLIENT=1210 Dewey | | | | |

# UTOG 2 WAY RADIO INC.

25-20 39th Avenue; Long Island City NY, 11101-3616
Bookkeeping 718-361-7290; Sales 718-361-2370; Fax 718-361-1576

UTOG.COM

TERMS: Net 10 Days. Please Examine At Once, If No Report is received in 10 days, Invoice will be considered correct.

GOLDIN ASSOCIATES
350 FIFTH AVE
NEW YORK, NY 10118
EMPIRE STATE BUILDIN

Date    : 09/15/2012
Invoice: 552836
Account: 1345

Date Received 9/24
Date Submitted for Data Entry
Billable ✓    Non-Billable
Date Entered    By CSP
Date Submitted to A/P

| Voucher | Date | Car | Job | Fare | SC | Stop | Wait | Toll/Prk | NJTax | NYSTax | Tips | Misc | Total | Passenger | Pick Up | Destination | Time | CLIE | CA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3667546 | 09/11/12 | 0295 | 3412 | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 20:44 | 1210 | PAUKER |
| 3705391 | 09/05/12 | 0201 | 6697 | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 20:16 | 1210 | PAUKER |
| 3733954 | 09/05/12 | 0405 | 6865 | 96.00 | 5.54 | 0.00 | 0.00 | 24.10 | 0.00 | 0.00 | 0.00 | 4.00 | 129.64 | CHAKABVA,ALOIS | M,350 5 AVE | NJ, METUCHEN | 21:36 | 1210 | CRU |
| 3733959 | 09/10/12 | 0405 | 2085 | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 21:35 | 1210 | PAUKER |
| # Vouchers= 6 SubTotals** | | | | 180.00 | 16.52 | 0.00 | 0.00 | 24.10 | 0.00 | 8.79 | 0.00 | 10.00 | 239.41 | *** CLIENT=1210 Dewey | | | | | |

# UTOG 2 WAY RADIO INC.

25-20 39th Avenue; Long Island City NY, 11101-3616
Bookkeeping 718-361-7290; Sales 718-361-2370; Fax 718-361-1576

**UTOG.COM**

TERMS: Net 10 Days. Please Examine At Once, If No Report is received in 10 days, Invoice will be considered correct.

GOLDIN ASSOCIATES
350 FIFTH AVE
NEW YORK, NY 10118
EMPIRE STATE BUILDIN.

Date    : 09/28/2012
Invoice: 554098
Account: 1345

```
Date Received
Date Submitted for Data Entry
Billable _____ Non-Billable _____
Date Entered _____ By _____
Date Submitted to A/P
```

| Voucher | Date | | Rate | Tolls/Prk | NJTax | NYSTax | Tips | Misc | Total | Passenger | Pick Up | Destination | Time | CLIENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3757121 | 09/20/12 | 0227 2515 | 35.00 | 3.80 | 0.00 | 0.00 | 0.00 | 3.55 | 0.00 | 2.00 | 44.35 | PAUKER,DAVID | M,333 CENTRAL PARK WEST | M,1 NEW YORK PLAZA | 07:08 | 1210 |
| 3757262 | 09/19/12 | 0143 2505 | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,350 5 AVE | M,333 CENTRAL PARK WEST | 20:16 | 1210 |
| 3763954 | 09/20/12 | 0079 3316 | 28.00 | 3.66 | 0.00 | 0.00 | 0.00 | 2.93 | 0.00 | 2.00 | 36.59 | PAUKER,DAVID | M,1 NY PLAZA | M, W 51 ST | 13:10 | 1210 |
| 3771799 | 09/21/12 | 0194 4300 | 35.00 | 4.84 | 10.00 | 42.00 | 0.00 | 8.16 | 0.00 | 2.00 | 102.00 | PAUKER,DAVID | M,333 CENTRAL PARK WEST | M, WHITEHALL ST | 07:50 | 1210 |
| | | | 126.00 | 15.96 | 10.00 | 42.00 | 0.00 | 17.57 | 0.00 | 8.00 | 219.53 | *** CLIENT=1210 | | | | |

# Vouchers=  6 SubTotals**