**BROWNRUDNICK**

Howard S. Steel
Direct Dial: 212-209-4917
E-Mail: hsteel@brownrudnick.com

Seven
Times
Square
New York
New York
10036
tel 212.209.4800
fax 212.209.4801

May 9, 2013

**VIA ELECTRONIC MAIL AND HAND**

Honorable Martin Glenn
United States Bankruptcy Court Southern District of New York
One Bowling Green
Chambers Room 504
New York, New York 10004

      RE:    <u>In re Dewey & LeBoeuf LLP Case No. 12-12321 (MG)</u>

Dear Judge Glenn:

      As Your Honor knows, we represent the Dewey & LeBoeuf LLP Liquidation Trust in the above referenced matter with respect to the Liquidating Trustee's Bankruptcy Rule 9019 Settlement Motion [Docket No. 1372], scheduled for hearing on May 13, 2013 at 2:00 p.m. (ET).

      I write to advise Your Honor of our intention (mindful of the Local Bankruptcy Rule 9014-2 and that a Bankruptcy Rule 9019 hearing is not designed to be an evidentiary hearing) to proffer the Initial Declaration of Alan M. Jacobs [Docket No. 1387] and the Reply Declaration [Docket No. 1419] at the hearing, unless Your Honor directs otherwise, and that Mr. Jacobs will be available at the hearing for any examination. While we recognize that Messrs. DiCarmine and Sanders filed a Motion to Strike [Docket Nos. 1391] and just moments ago filed a Motion for Shortened Notice for another Motion to Strike [Docket No. 1432] and Motion in Limine [Docket No. 1434], assuming Your Honor considers, and denies such Motions, we intend to proffer the Declarations of Mr. Jacobs. We also plan to submit the proposed Settlement Agreement [Exhibit A at Docket No. 1391], the Revised Proposed Order [Exhibit A at Docket No. 1427] and the insurance policies [Exhibit D at Docket No. 1427] in support of the Settlement Motion.

      We are pleased to answer any questions Your Honor may have regarding this matter prior to or at the hearing.

Very truly yours,

*Howard Steel*

Howard S. Steel

cc:    Edward S. Weisfelner (By email)
          Sigmund Wissner-Gross (By email)
          Ned Bassen (By email)
          Kevin Van Wart (By email)
          Dan Standish (By email)