*Hearing Date:  October 30, 2013, 10:00 a.m.*
*Objection Deadline:  October 23, 2013, 4:00 p.m.*

John C. Longmire
Stephen Greiner
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
jlongmire@willkie.com
sgreiner@willkie.com

Daniel J. Guyder
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 756-1132
daniel.guyder@allenovery.com

Lisa Hill Fenning
ARNOLD & PORTER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, California 90017
(213) 243-4019
Lisa.Fenning@aporter.com

Richard Harper
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2675
richard.harper@bakerbotts.com

Peter J. Engstrom
Charles B. Cummings
Edward J. Zulkey
BAKER & MCKENZIE LLP
300 East Randolph Street
Suite 5000
Chicago, Illinois 60601
(312) 861-2823
peter.engstrom@bakermckenzie.com
charles.cummings@bakermckenzie.com
edward.zulkey@bakermckenzie.com

Andrew A. Ruffino
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1097
aruffino@cov.com

Neal D. Colton
COZEN O'CONNOR
1900 Market Street
Philadelphia, Pennsylvania 19103
(215) 665-2000
ncolton@cozen.com

Joshua S. Sprague
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 335-4500
joshua.sprague@dlapiper.com

Michael P. Pompeo
DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 248-3140
michael.pompeo@dbr.com

Andrew Z. Schwartz
James J. Dillon
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1109
aschwartz@foleyhoag.com
jdillon@foleyhoag.com

Emanuel C. Grillo
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, New York 10018
(212) 813-7770
egrillo@goodwinprocter.com

Martin I. Kaminsky
GREENBERG TRAURIG LLP
200 Park Avenue
New York, New York 10166
(212) 801-6892
kaminskym@gtlaw.com

Scott W. Reynolds
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
(212) 918-3000
scott.reynolds@hoganlovells.com

Barbra R. Parlin
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
(212) 513-3200
barbra.parlin@hklaw.com

Aaron Rubinstein
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-8000
aaron.rubinstein@kayescholer.com

Arthur Steinberg
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100
asteinberg@kslaw.com

Robert Malionek
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
(212) 906-1200
robert.malionek@lw.com

Paul S. Hessler
LINKLATERS LLP
1345 Avenue of the Americas
New York, New York 10105
(212) 903-9132
paul.hessler@linklaters.com

Michael O. Ware
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
(212) 506-2593
mware@mayerbrown.com

Steven E. Obus
Jeffrey Levitan
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3525
sobus@proskauer.com
jlevitan@proskauer.com

Michael L. Cook
David Hillman
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000
michael.cook@srz.com
david.hillman@srz.com

Henry Weisburg
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
(212) 848-4000
hweisburg@shearman.com

Robert D. Owen
SUTHERLAND, ASBILL &
BRENNAN LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 389-5000
robert.owen@sutherland.com

Lawrence H. Cooke II
VENABLE LLP
1270 Avenue of the Americas
Twenty-Fourth Floor
New York, New York 10020
(212) 983-3362
lhcooke@venable.com

William L. Wallander
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
(214) 220-7905
bwallander@velaw.com

Michael Walsh
Mindy Spector
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
michael.walsh@weil.com
mindy.spector@weil.com

Philip H. Schaeffer
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8740
pschaeffer@whitecase.com

Daniel J. McGuire
Gregory M. Gartland
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, Illinois 60601
(312) 558-6164
dmcguire@winston.com
ggartland@winston.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
　　　　　　　　　　　　　　　　　　　　　　　　　　:
**In re:**　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:　　**Chapter 11**
**DEWEY & LEBOEUF LLP,**　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:　　**Case No. 12-12321 (MG)**
　　　　　　　　**Debtor.**　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
---------------------------------------------------------------- x

**OBJECTION OF WILLKIE FARR & GALLAGHER LLP, ALLEN & OVERY LLP, ARNOLD & PORTER LLP, BAKER BOTTS LLP, BAKER & MCKENZIE LLP, COVINGTON & BURLING LLP, COZEN O'CONNOR, DLA PIPER LLP (US), DRINKER BIDDLE & REATH LLP, FOLEY HOAG LLP, GOODWIN PROCTER LLP, GREENBERG TRAURIG LLP, HOGAN LOVELLS US LLP, HOLLAND & KNIGHT LLP, KAYE SCHOLER LLP, KING & SPALDING LLP, LATHAM & WATKINS LLP, LINKLATERS LLP, MAYER BROWN LLP, PROSKAUER ROSE LLP, SCHULTE ROTH & ZABEL LLP, SHEARMAN & STERLING LLP, SUTHERLAND ASBILL & BRENNAN LLP, VENABLE LLP, VINSON & ELKINS LLP, WEIL GOTSHAL & MANGES LLP, WHITE & CASE LLP, AND WINSTON & STRAWN LLP TO THE DEWEY & LEBOEUF LIQUIDATION TRUST'S OMNIBUS EX PARTE APPLICATION PURSUANT TO BANKRUPTCY RULE 2004 FOR ORDER AUTHORIZING UNFINISHED BUSINESS EXAMINATIONS**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

　　　　　Willkie Farr & Gallagher LLP, Allen & Overy LLP, Arnold & Porter LLP, Baker Botts LLP, Baker & McKenzie LLP, Covington & Burling LLP, Cozen O'Connor, DLA Piper LLP (US), Drinker Biddle & Reath LLP, Foley Hoag LLP, Goodwin Procter LLP, Greenberg Traurig LLP, Hogan Lovells US LLP, Holland & Knight LLP, Kaye Scholer LLP, King & Spalding LLP, Latham & Watkins LLP, Linklaters LLP, Mayer Brown LLP, Proskauer Rose LLP, Schulte Roth & Zabel LLP, Shearman & Sterling LLP, Sutherland Asbill & Brennan LLP, Venable LLP, Vinson & Elkins LLP, Weil Gotshal & Manges LLP, White & Case LLP, and Winston & Strawn LLP (collectively, the "Firms") hereby file this Objection (the "Objection") to the Omnibus Ex Parte Application Pursuant To Bankruptcy Rule 2004 For Order Authorizing

Unfinished Business Examinations (Docket No. 1565) (the "Application") submitted by the Dewey & LeBoeuf Liquidation Trust (the "Trust"). In support of this Objection, the Firms respectfully state:

1. The Firms oppose the Application as premature and inappropriate. The Trust seeks invasive discovery of financial and proprietary information from numerous national and international law firms in order to determine whether "[t]he Trust may have claims against the Firms for 'unfinished business' under *Jewel v. Boxer*, 156 Cal. App. 3d 171 (1984) and/or New York Partnership Law." (Application at 4.) In that case, the California First District Court of Appeal held that "the Uniform Partnership Act requires that attorneys' fees received on cases in progress upon dissolution of a law partnership are to be shared by the former partners according to their right to fees in the former partnership, regardless of which former partner provides legal services in the case after the dissolution." *Jewel*, 156 Cal. App. 3d at 174. The Trust cites Judge McMahon's decision in *Development Specialists, Inc. v. Akin Gump Strauss Hauer & Feld LLP (In re Coudert Brothers)*, 480 B.R. 145 (S.D.N.Y. 2012), in which she granted a declaratory judgment that client matters of Coudert Brothers that were pending, but uncompleted, on the date of its dissolution, including those billed on an hourly basis, were property of Coudert Brothers' estate. *Id.* at 151, 160.

2. What the Application completely fails to mention, however, is that Judge McMahon's decision in *Coudert* was subsequently contradicted by a decision of Judge Pauley in *Geron v. Robinson & Cole LLP (In re Thelen LLP)*, 476 B.R. 732 (S.D.N.Y. 2012), and that both cases are the subject of appeals now pending before the United States Court of Appeals for the Second Circuit (together, the "Appeals").

3. Briefing on the Appeals is complete. The Second Circuit heard oral argument in *Thelen* on October 7, 2013 and, on October 11, 2013, adjourned *sine die* oral argument in *Coudert* pending the court's determination of *Thelen*. Parties to the Appeals have suggested that it may be appropriate for the Second Circuit to certify to the New York Court of Appeals the question of whether a dissolved law firm is the owner of client matters that are billed by the hour and are pending, but uncompleted, on the date of its dissolution.

4. In the likely event that the Second Circuit or the New York Court of Appeals (if a question is certified to that court) agrees with Judge Pauley's decision in *Thelen,* then the Trust will not be able to assert claims against the Firms for "unfinished business." As such, it is premature to conduct invasive pre-litigation discovery with respect to such claims, as they may not even be recognized under New York law (or any other law that may apply).

5. Moreover, even in the unlikely event the Appeals are resolved in favor of the Trust's position, the threatened claims may still not be colorable as a matter of law or fact. As an example, by their terms, the *Jewel* and *Coudert* line of cases relate only to "unfinished business" completed by a partner who leaves a firm *after* its dissolution, and completes the work at a new firm. In this case, however, Dewey & LeBoeuf LLP had not dissolved before the relevant partners departed, so these "unfinished business" claims cannot apply to them, even if such claims are cognizable under New York law for post-dissolution departures. Accordingly, any discovery against the Firms may be inappropriate, regardless of the outcome of the Appeals.[1]

---

[1] All of the Firms expressly reserve the right to oppose any discovery sought by the Trust or any unfinished business claims the Trust may assert, both on the basis of the arguments set forth in this Objection as well as any others that may apply. For example, to the extent the Court authorizes the Trust to take any Rule 2004 discovery, the Firms expressly reserve the right to interpose all applicable objections to any discovery requests propounded by the Trust pursuant to that authorization.

      6.      Further, the requested discovery itself is completely improper under the circumstances. In the Application, the Trust seeks copies of attorney-client engagement letters, firm billing and invoice information, firm revenue, expense and profitability information, partner compensation data, and other information the Firms should not be required to disclose in the absence of any actual claim or controversy, as well as dozens of depositions. Allowing the Trust to propound this invasive discovery against the Firms regarding claims that may not be cognizable as a matter of law is entirely inappropriate.[2]

      7.      Nor does the Trust need the discovery requested in the Application in order to determine whether to commence litigation. This debtor analyzed the factual basis for potential unfinished business claims during the chapter 11 proceedings, discussed this analysis with former Dewey & LeBoeuf LLP partners, carved out potential unfinished business claims from the estate's settlements with many former partners of Dewey & LeBoeuf LLP, and made settlement demands to many of the firms listed in the Application concerning alleged unfinished business claims. All of the information gathered by the estate during the chapter 11 process is available to the Trust, rendering its application for pre-litigation discovery unnecessary in order to determine whether to assert unfinished business claims against the Firms. Instead, the discovery sought by the Trust here concerns the potential damages that the Trust could recover in connection with successful unfinished business claims—information that can be obtained under the normal rules of civil discovery in the event that the Trust is able to state unfinished business claims against the Firms.

---

[2]     Moreover, the former Dewey & LeBoeuf LLP partners identified on Exhibit A to the Application include some whom the estate has expressly released from any unfinished business claims. Any Rule 2004 discovery as to these partners and their current firms is inappropriate for this additional reason.

8. Allowing such broad and costly discovery to proceed, notwithstanding the pendency of Appeals whose outcome may moot the Application in its entirety, has the potential to damage both the estate and the Firms by requiring them to devote significant time and resources to discovery litigation and, potentially, document productions and depositions that may ultimately be of no benefit to the estate.  As a result, if the Court does not deny the Application outright, it would, at the very least, be appropriate to stay consideration of the Application until the Appeals have been finally determined.

## Conclusion

9. For all of the foregoing reasons, the Firms respectfully request that the Court deny the Application or, in the alternative, stay consideration of the Application pending a final resolution of the Appeals, and award the Firms such other and further relief as is just and proper.

Dated: New York, New York
       October 23, 2013

                                        Respectfully submitted,

                                      WILLKIE FARR & GALLAGHER LLP

                                      By:  */s/ John C. Longmire*
                                            John C. Longmire
                                            Stephen Greiner

                                      787 Seventh Avenue
                                      New York, New York 10019
                                      (212) 728-8000
                                      jlongmire@willkie.com
                                      sgreiner@willkie.com

ALLEN & OVERY LLP

By: */s/ Daniel J. Guyder*[*]
    Daniel J. Guyder

1221 Avenue of the Americas
New York, New York 10020
(212) 756-1132
daniel.guyder@allenovery.com


ARNOLD & PORTER LLP

By: */s/ Lisa Hill Fenning*[*]
    Lisa Hill Fenning

777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, California 90017
(213) 243-4019
Lisa.Fenning@aporter.com


BAKER BOTTS L.L.P

By: */s/ Richard Harper*[*]
    Richard Harper

30 Rockefeller Plaza
New York, New York 10112
(212) 408-2675
richard.harper@bakerbotts.com

---

[*] All e-signatures with permission.

BAKER & MCKENZIE LLP

By: */s/ Charles B. Cummings*[*]
    Peter J. Engstrom
    Charles B. Cummings
    Edward J. Zulkey

Baker & McKenzie LLP
300 East Randolph Street
Suite 5000
Chicago, Illinois 60601
(312) 861-2823
charles.cummings@bakermckenzie.com
peter.engstrom@bakermckenzie.com
edward.zulkey@bakermckenzie.com


COVINGTON & BURLING LLP

By: */s/ Andrew A. Ruffino*[*]
    Andrew A. Ruffino

The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1097
aruffino@cov.com


COZEN O'CONNOR

By: */s/ Neal D. Colton*[*]
    Neal D. Colton

1900 Market Street
Philadelphia, Pennsylvania 19103
(215) 665-2000
ncolton@cozen.com

---

[*] All e-signatures with permission.

DLA PIPER LLP (US)

By: */s/ Joshua S. Sprague*[*]
    Joshua S. Sprague

1251 Avenue of the Americas
New York, NY 10020
(212) 335-4500
joshua.sprague@dlapiper.com

DRINKER BIDDLE & REATH LLP

By: */s/ Michael P. Pompeo*[*]
    Michael P. Pompeo

1177 Avenue of the Americas
New York, New York 10036
(212) 248-3140
michael.pompeo@dbr.com

FOLEY HOAG LLP

By: */s/ Andrew Z. Schwartz*[*]
    Andrew Z. Schwartz
    James J. Dillon

Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1109
jdillon@foleyhoag.com
aschwartz@foleyhoag.com

GOODWIN PROCTER LLP

By: */s/ Emanuel C. Grillo*[*]
    Emanuel C. Grillo

620 Eighth Avenue
New York, New York 10018
(212) 813-7770
egrillo@goodwinprocter.com

---

[*] All e-signatures with permission.

GREENBERG TRAURIG LLP

By: /s/ Martin I. Kaminsky[*]
    Martin I. Kaminsky

200 Park Avenue
New York, New York 10166
(212) 801-6892
kaminskym@gtlaw.com


HOGAN LOVELLS US LLP

By: /s/ Scott W. Reynolds[*]
    Scott W. Reynolds

875 Third Avenue
New York, New York 10022
(212) 918-3000
scott.reynolds@hoganlovells.com


HOLLAND & KNIGHT LLP

By: /s/ Barbra R. Parlin[*]
    Barbra R. Parlin

31 West 52nd Street
New York, New York 10019
(212) 513-3200
barbra.parlin@hklaw.com


KAYE SCHOLER LLP

By: /s/ Aaron Rubinstein[*]
    Aaron Rubinstein

425 Park Avenue
New York, New York 10022
(212) 836-8000
aaron.rubinstein@kayescholer.com

---

[*] All e-signatures with permission.

KING & SPALDING LLP

By: */s/ Arthur Steinberg*[*]
    Arthur Steinberg

1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100
asteinberg@kslaw.com


LATHAM & WATKINS LLP

By: */s/ Robert Malionek*[*]
    Robert Malionek

885 Third Avenue
New York, New York 10022
(212) 906-1200
robert.malionek@lw.com


LINKLATERS LLP

By: */s/ Paul S. Hessler*[*]
    Paul S. Hessler

1345 Avenue of the Americas
New York, New York 10105
(212) 903-9132
paul.hessler@linklaters.com


MAYER BROWN LLP

By: */s/ Michael O. Ware*[*]
    Michael O. Ware

1675 Broadway
New York, New York 10019
(212) 506-2593
mware@mayerbrown.com

---

[*] All e-signatures with permission.

PROSKAUER ROSE LLP

By: */s/ Steven E. Obus*[*]
    Steven E. Obus
    Jeffrey Levitan

Eleven Times Square
New York, New York 10036
(212) 969-3525
sobus@proskauer.com
jlevitan@proskauer.com


SCHULTE ROTH & ZABEL LLP

By: */s/ Michael L. Cook*[*]
    Michael L. Cook
    David Hillman

919 Third Avenue
New York, New York 10022
(212) 756-2000
michael.cook@srz.com
david.hillman@srz.com


SHEARMAN & STERING LLP

By: */s/ Henry Weisburg*[*]
    Henry Weisburg

599 Lexington Avenue
New York, New York 10022
(212) 848-4000
hweisburg@shearman.com

---

[*] All e-signatures with permission.

SUTHERLAND ASBILL & BRENNAN LLP

By: */s/ Robert D. Owen*[*]
    Robert D. Owen

1114 Avenue of the Americas
New York, New York 10036
(212) 389-5000
robert.owen@sutherland.com

Nicholas T. Christakos
700 Sixth Street, NW, Suite 700
Washington, DC 20001
(202) 383-0184
nicholas.christakos@sutherland.com

VENABLE LLP

By: */s/ Lawrence H. Cooke II*[*]
    Lawrence H. Cooke II

1270 Avenue of the Americas
Twenty-Fourth Floor
New York, New York 10020
(212) 983-3362
lhcooke@venable.com

VINSON & ELKINS LLP

By: */s/ William L. Wallander*[*]
    William L. Wallander

Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
(214) 220-7905
bwallander@velaw.com

---

[*] All e-signatures with permission.

WEIL GOTSHAL & MANGES LLP

By: */s/ Michael Walsh*[*]
    Michael Walsh
    Mindy Spector

767 Fifth Avenue
New York, New York 10153
(212) 310-8000
michael.walsh@weil.com
mindy.spector@weil.com

WHITE & CASE LLP

By: */s/ Philip H. Schaeffer*[*]
    Philip H. Schaeffer

1155 Avenue of the Americas
New York, New York 10036
(212) 819-8740
pschaeffer@whitecase.com

WINSTON & STRAWN LLP

By: */s/ Gregory M. Gartland*[*]
    Gregory M. Gartland
    Daniel J. McGuire

35 W. Wacker Dr.
Chicago, Illinois 60601
(312) 558-6164
ggartland@winston.com
dmcguire@winston.com

10480216

---

[*] All e-signatures with permission.