**DIAMOND McCARTHY** LLP

Two Houston Center
909 Fannin, Ste.1500
Houston, Texas 77010

Christopher R. Murray | Associate
cmurray@diamondmccarthy.com
p. 713.333.5100
f. 713.333.5195

March 17, 2014

*Via Electronic Mail and ECF Filing*

Hon. Martin Glenn
United States Bankruptcy Judge
Southern District of New York
One Bowling Green
New York, NY 10004

> Re:    *In re: Dewey & LeBoeuf LLP*, Case No. 12-12321 (MG);
>        <u>Proposed Scheduling Order for Partner Clawback Litigation</u>

Dear Judge Glenn,

We represent Alan M. Jacobs, the Liquidating Trustee ("<u>Liquidating Trustee</u>") of the Dewey & LeBoeuf Liquidation Trust, in the above-referenced case with respect to clawback litigation against former partners and equity holders of Dewey & LeBoeuf LLP ("<u>Debtor</u>").

The Liquidating Trustee filed adversary proceedings against several former partners of the Debtor to recover alleged transfers. Each of the pending cases is set for an initial case management conference on **March 20, 2014 at 10:00 am**.

The Liquidating Trustee files as **Exhibit A** his proposed case management and scheduling order that would apply to all partner clawback adversary cases. This proposed order is the product of good faith negotiations with a group of several defendants, most of whom are represented by counsel, over the past few weeks. Once agreement was finally reached with the group on Friday, the Liquidating Trustee circulated the agreed order to the other defendants who did not participate in the group negotiations. As of the filing of this letter, the Liquidating Trustee is still receiving comments from those defendants.

The table below summarizes the status of the clawback adversaries and the position of each defendant with respect to the proposed order.

| **Defendant** | **Adv. No.** | **Case Status** | **Position on Proposed Order** |
|---|---|---|---|
| Altorelli, John | 14-01015 | Served | Agreed |
| Auchter, Robert | 14-01013 | **Settled** | |
| Blanchard, Eric | 13-01777 | Served | Agreed |
| Christian, Glynna | 13-01773 | Served | Agreed |
| Coll, Geoffrey | 13-01776 | **Stayed/BK** | |
| Cowan, Eric | 14-01796 | Served | Agreed |

| Defendant | Adv. No. | Case Status | Position on Proposed Order |
|---|---|---|---|
| Greene, David | 14-01797 | Served | No objection received |
| Jansen, Chiu-Ti | 14-01816 | **Settled** | |
| Keiserman, John | 13-01774 | **Settled** | |
| LaRose, Lawrence | 13-01768 | Served | No objection received |
| Mahoney, Terrence | 14-01817 | Served | No objection received |
| Marcoux, William | 13-01687 | Answer filed | Agreed |
| McMillan, L. L. | 13-01772 | Served | Agreed |
| Nissan, Ilan | 14-01820 | Answer filed | No objection received |
| Nugent, Christian | 14-01821 | Answer filed | No objection received |
| Otillar, Steven | 14-01818 | Served | Agreed |
| Owens, Gregory | 13-01796 | **Stayed/BK** | |
| Radke, Mark | 13-01770 | Served | In discussions |
| Reinke, Fred | 13-01775 | Served | Agreed |
| Shaw, Anthony | 13-01771 | Served | Agreed |
| Steele, Michael | 14-01795 | Served | No objection received |
| Thomas, Dirk | 14-01014 | **Settled** | |
| Zdrojeski, Ronald | 14-01794 | Served | No objection received |

The Liquidating Trustee anticipates supplementing this letter and report as appropriate prior to the hearing.

Respectfully submitted,

*/s/ Christopher R. Murray*

Christopher R. Murray, Esq. (*pro hac vice*)
*Counsel to the Liquidating Trustee*

cc.    Alan M. Jacobs
       ECF Notice Recipients