**HAHN & HESSEN**

Hahn & Hessen LLP
488 Madison Avenue, New York, NY 10022
T 212.478.7200   F 212.478.7400   hahnhessen.com

April 14, 2014

Edward L. Schnitzer
212.478.7215
eschnitzer@hahnhessen.com

**VIA EMAIL AND HAND DELIVERY**

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
Once Bowling Green
New York, New York 10004

Re:   *In re Dewey & LeBoeuf LLP*, **12-12321 (MG)**

Dear Judge Glenn:

This firm is co-counsel to Alan M. Jacobs in his capacity as liquidating trustee of the Dewey & LeBoeuf Liquidation Trust (the "Liquidating Trustee").

In accordance with the *Order Granting Motion of the Dewey & LeBoeuf Liquidating Trustee to Establish Procedures Governing Adversary Proceedings Brought Pursuant to Sections 547 and 550 of the Bankruptcy Code* [D.I. 1902] (the "**Order**"), enclosed please find a status report of all avoidance actions commenced either by Hahn & Hessen LLP or ASK LLP as counsel to the Liquidating Trustee that are subject to the Order. In addition to the actions identified in the status report, the Liquidating Trustee anticipates filing up to an additional ten (10) avoidance actions on or before May 27, 2014 that will be subject to the Order.

Please do not hesitate to contact me with any questions.

Best regards,


/s/ Edward L. Schnitzer

Edward L. Schnitzer