Dewey Status Report
April 14, 2014

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|
| ABM Janitorial Svcs Neast Inc. | 13-01584 | 10/31/2013 | 12/18/2013 | 1/31/2014 | Robert Raicht | | Settled and dismissed | |
| AdamsGrayson Corporation | 13-01497 | 9/13/2013 | Response Due Date deferred while mediation is pending. | 1/6/2014 | Paul Rubin | | Settled, to be dismissed once full settlement payment is made. | |
| AON Risk Services, Inc. of New York | 13-01808 | 12/27/2013 | 3/27/2014 | | | | | TBD |
| AT&T Corp. | 13-01809 | 12/27/2013 | 3/28/2014 | | | | Settled, to be dismissed once full settlement payment is made. | |
| AT&T Mobility National Accounts, LLC | 13-01810 | 12/27/2013 | 3/28/2014 | | | | Settled, to be dismissed once full settlement payment is made. | |
| Bluebird Express, LLC | 13-01721 | 12/6/2013 | 3/3/2014 | | | | Settled in principle, awaiting documentation | |
| Cook, Vetter, Doerhoff & Landwehr, P.C. | 13-01395 | 8/21/2013 | 1/8/2014 | 2/4/2014 | Paul Rubin | | | TBD |
| Corporation Service Company | 13-01503 | 9/13/2013 | 10/11/2013 | 12/19/2013 | Ian Gazes | | Settled, to be dismissed once full settlement payment is made. | |
| CourtAlert.com, Inc. | 13-01587 | 10/31/2013 | 11/27/2013 | 2/10/2014 | Frank Conrad | | | TBD |
| Dell Financial Services, LLC | 13-01722 | 12/6/2013 | 1/3/2014 | 2/17/2014 | Robert Raicht | | | TBD |
| Dial Car Inc. | 13-01505 | 9/13/2013 | 10/15/2013 | 12/16/2013 | Scott Stuart | | Settled in principle, will be dismissed once settlement payment is made | |

Dewey Status Report
April 14, 2014

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|
| Federal Express Corporation and Fedex Ground Package System, Inc. | 14-01743 | 1/22/2014 | 3/11/2014 | 3/21/2014 | Ian Gazes | | | TBD |
| Filcro Personnel, Inc. | 13-01590 | 10/31/2013 | 2/26/2014 | | | | Settled, to be dismissed once full settlement payment is made. | |
| Frederick Burgess Jr | 13-01655 | 10/31/2013 | Response Due Date deferred while mediation is pending. | | Frank Conrad | 4/4/2014 | Settled and dismissed | |
| Gaims, Weil, West & Epstein, L.L.P. | 13-01397 | 8/21/2013 | 4/25/2014 | | | | | TBD |
| Huntsman Architectural Group | 13-01509 | 9/18/2013 | 10/16/2013 | 12/17/2013 | Adam Rosen | 4/1/2014 | Settled and dismissed | |
| Iris Data Services, LLC | 13-01507 | 9/18/2013 | 1/13/2014 | 2/24/2014 | Scott Stuart | | | TBD |
| M. Arthur Gensler Jr. & Associates, Inc. | 13-01660 | 11/5/2013 | 3/3/2014 | | | | Settled and dismissed | |
| Marina Sirras & Associates LLC | 13-01514 | 9/18/2013 | 1/14/2014 | | | | Settled, to be dismissed once full settlement payment is made. | |
| Marsh USA, Inc. | 13-01511 | 9/18/2013 | 10/16/2013 | 12/13/2013 | Paul Rubin | | | TBD |
| McGraw Hill Financial, Inc. d/b/a Platts | 13-01811 | 1/8/2014 | Default entered | | | | Settled, to be dismissed. | TBD |
| Metro Optical Solutions, Inc. | 13-01592 | 10/31/2013 | 1/2/2014 | 2/10/2014 | Scott Stuart | | Settled, to be dismissed. | |

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|
| PeterSan Legal Temps, Inc. | 13-01666 | 11/4/2013 | 12/4/2013 | 12/13/2013 | Frank Conrad | 4/4/2014 | Settled, to be dismissed once full settlement payment is made. | |
| Pitney Bowes Global Financial Services LLC | 13-01613 | 10/31/2013 | Response Due Date deferred while documentation is pending | | | | Settled and dismissed | |
| Pitney Bowes, Inc. d/b/a Pitney Bowes Purchase Power | 13-01615 | 10/31/2013 | Response Due Date deferred while documentation is pending | | | | Settled and dismissed | |
| Platts | 13-01621 | 11/14/2013 | 11/27/2013 | | | | To Be Dismissed | |
| PricewaterhouseCoopers LLP | 13-01767 | 12/10/2013 | 1/2/2014 | 2/11/2014 | Adam Rosen | | | TBD |
| Principal Builders Inc | 13-01795 | 12/6/2013 | Response Due Date deferred while mediation is pending. | 12/31/2013 | Adam Rosen | | | TBD |
| Tharp & Associates | 13-01725 | 12/11/2013 | 1/8/2014 | 2/11/2014 | Paul Rubin | | | TBD |
| Thomson Compumark | 13-01726 | 12/6/2013 | 4/4/2014 | | | | | TBD |
| Thomson Elite | 13-01727 | 12/6/2013 | 4/4/2014 | | | | | TBD |
| TransPerfect Document Management, Inc. | 13-01522 | 9/27/2013 | 11/4/2013 | 12/13/2013 | Adam Rosen | 4/2/2014 | | 4/23/2014 |
| Verizon Business Network Services Inc. | 13-01728 | 12/6/2013 | 2/3/2014 | 2/21/2014 | Frank Conrad | | | TBD |

Dewey Status Report
April 14, 2014

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|---|---|---|---|---|---|---|---|---|
| West Publishing Corporation d/b/a West A Thomson Reuters Business d/b/a Thomson West | 13-01766 | 12/6/2013 | 4/4/2014 | | | | | TBD |
| Woodrow Wilson International Center for Scholars d/b/a Kennan Institute | 13-01686 | 12/3/2013 | 12/26/2014 | 2/11/2014 | Frank Conrad | | | TBD |