Exhibit "A"

| Vendor Name | Check # | Check Date | Clear Date | Check Amount | Payment Type | Invoice Date | Sum of Invoice Amount |
|---|---|---|---|---|---|---|---|
| HBR Consulting LLC | 20211 | 2/24/2012 | 3/1/2012 | $ 120,977.82 | Check | 9/29/2011 | $ 54,011.45 |
| | | | | | | 9/30/2011 | $ 66,966.37 |
| | WT935718 | 4/24/2012 | 4/24/2012 | $ 300,000.00 | Electronic Transfer | 10/31/2011 | $ 56,546.82 |
| | | | | | | 12/5/2011 | $ 46,275.24 |
| | | | | | | 12/16/2011 | $ 31,118.69 |
| | | | | | | 12/28/2011 | $ 28,028.52 |
| | | | | | | 1/11/2012 | $ 33,438.52 |
| | | | | | | 2/29/2012 | $ 71,658.64 |
| | | | | | | 3/6/2012 | $ 68,028.85 |
| | WT935807 | 5/4/2012 | 5/4/2012 | $ 315,000.00 | Electronic Transfer | 10/10/2011 | $ 223,998.24 |
| | | | | | | 3/6/2012 | $ 68,028.85 |
| | | | | | | 3/21/2012 | $ 66,061.61 |
| | | | | | | 4/4/2012 | $ 32,473.70 |
| | | | | | | 4/20/2012 | $ 36,759.17 |
| **HBR Consulting LLC Total** | | | | **$ 735,977.82** | | | **$ 762,416.85** |