EXHIBIT A

| Vendor Name | Check # | Check Date | Clear Date | Check Amount | Payment Type | Invoice Date | Sum of Invoice Amount |
|---|---|---|---|---|---|---|---|
| Ernst & Young | 20527 | 4/5/2012 | 4/10/2012 | $ 114,807.00 | Check | 3/1/2011 | $ 62,500.00 |
| | | | | | | 4/1/2011 | $ 52,307.00 |
| **Ernst & Young Total** | | | | **$ 114,807.00** | | | **$ 114,807.00** |