

Hahn & Hessen LLP
488 Madison Avenue, New York, NY 10022
T 212.478.7200   F 212.478.7400   hahnhessen.com

May 21, 2014

Edward L. Schnitzer
212.478.7215
eschnitzer@hahnhessen.com

**VIA EMAIL AND HAND DELIVERY**

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re:   *In re Dewey & LeBoeuf LLP*, **12-12321 (MG)**

Dear Judge Glenn:

This firm is co-counsel to Alan M. Jacobs in his capacity as liquidating trustee of the Dewey & LeBoeuf Liquidation Trust (the "Liquidating Trustee").

In accordance with the *Order Granting Motion of the Dewey & LeBoeuf Liquidating Trustee to Establish Procedures Governing Adversary Proceedings Brought Pursuant to Sections 547 and 550 of the Bankruptcy Code* [D.I. 1902] (the "**Order**"), enclosed please find a status report of all avoidance actions commenced either by Hahn & Hessen LLP or ASK LLP as counsel to the Liquidating Trustee that are subject to the Order.

Please do not hesitate to contact me with any questions.

Best regards,


/s/ Edward L. Schnitzer

Edward L. Schnitzer