August 1, 2014

*VIA ECF*

Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 501
New York, New York  10004

   Re: *In re Dewey & LeBoeuf LLP*, No. 12-12321 (MG) (Bankr. S.D.N.Y.)

Dear Judge Glenn:

   Defendants in certain clawback adversary proceedings in the above-captioned matter[1] intend to file a joint motion for partial summary judgment with respect to certain claims of Alan M. Jacobs, as Liquidating Trustee of the Dewey & LeBoeuf Liquidation Trust ("Trustee"). Defendants submit this letter to request a pre-motion conference pursuant to Paragraph I.1 of the Case Management and Scheduling Order entered by this Court on March 31, 2014, and Local Rule 7056-1(a) of the Bankruptcy Court of the Southern District of New York.[2]

   Defendants are alleged to be former partners of the Debtor, Dewey & LeBoeuf LLP ("Dewey").  The Trustee alleges, among other things, that Dewey made distributions to the Defendants while it was insolvent and that these distributions are avoidable as constructively fraudulent transfers under the federal Bankruptcy Code and New York Debtor and Creditor Law. Defendants anticipate that in their motion for partial summary judgment, they will argue that the Trustee may not avoid these transfers to the extent Defendants provided fair consideration or reasonably equivalent value to Dewey in exchange for the distributions.  Specifically, Defendants expect to address the following issues:

- The applicability of Section 548(b) of the Bankruptcy Code to the Defendants.

- The applicability of Section 277 of the New York Debtor and Creditor Law to the Defendants.

- Whether services provided, work performed or business generated by the Defendants can constitute reasonably equivalent value under the Bankruptcy Code or fair consideration under the New York Debtor and Creditor Law.

---

[1] The Defendants are John J. Altorelli (Adversary No. 14-01015), David R. Greene (Adversary No. 14-01797), William C. Marcoux (Adversary No. 13-01687), L. Londell McMillan (Adversary No. 13-01772), Steven P. Otillar (Adversary No. 14-01818), Anthony W. Shaw (Adversary No. 13-01771), Michael Steele (Adversary No. 14-01795), and Ronald W. Zdrojeski (Adversary No. 14-01794).

[2] Submission of this letter is without prejudice to any pending or future motions in the District Court to withdraw the reference to this Court.  Submission of this letter also does not constitute (i) a submission of any signatory hereto to this Court's jurisdiction or (ii) an admission that this Court has jurisdiction in any of the adversary proceedings referenced herein.

- Whether Dewey's payments to departing/de-equitized partners, pursuant to the firm's partnership agreement, or other arrangements (such as severance), should be treated as payments of a debt rather than as distributions on equity.

In Defendants' motion, they will seek a decision from this Court that each of them, in his or her adversary proceeding, is entitled to a credit for the value of the services he or she provided to Dewey as a partner of the firm. Defendants have informed the Trustee that they intend to seek partial summary judgment on these issues. The Trustee has informed Defendants that he intends to cross-move for a holding that partners of an LLP are "insiders" who are not entitled to a fair consideration defense as a matter of law; or, alternatively, that it is possible for an LLP partner to be an insider, depending on, among other things, his or her level of control.

The parties have agreed to the following schedule for the motion:

- <u>August 5</u>: Pre-motion conference.

- <u>August 12</u>: Defendants file motion for partial summary judgment.

- <u>September 2</u>: Trustee files opposition to Defendants' motion, and any cross-motion related to the issues above.[3]

- <u>September 19</u>: Defendants file reply in support of their motion, and opposition to any cross-motion related to the issues above.

- <u>September 26</u>: Trustee files reply in support of any cross-motion related to the issues above.

- <u>October 1 or 2</u>: Hearing on Defendants' motion and any cross-motion related to the issues above.

In accordance with this schedule, the parties respectfully request that the Court hold a pre-motion conference Tuesday, August 5, 2014 and that the Court reserve October 1 or 2 for a hearing on the motion and any cross-motion related to the issues above. The parties are available to answer any question the Court may have.

***

---

[3] In this schedule, cross-motions by the Trustee will be limited to the issues listed in this letter.

Respectfully submitted,

/s/ Paul S. Jasper
SCHNADER HARRISON SEGAL & LEWIS LLP
Paul Jasper (*pro hac vice*)
Kevin Coleman (*pro hac vice*)
650 California Street, 19th Floor
San Francisco, California 94108-2736
Tel: (415) 364-6700
Fax: (415) 364-6785

-and-

Matthew Tamasco
140 Broadway, Suite 3100
New York, New York 10005
Tel: (212) 973-8000
Fax: (212) 972-8798

DLA PIPER LLP (US)
Thomas R. Califano
Joshua A. Kane
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 335-4500
Fax: (212) 335-4501

*Attorneys for Defendants John J. Altorelli and William C. Marcoux*

/s/ Christopher F. Graham
McKENNA LONG & ALDRIDGE LLP
Christopher F. Graham
230 Park Avenue, Suite 1700
Tel: (212) 905-8300
Fax: (212) 922-1819

*Attorneys for Defendant Michael Steele*

_____
Meister Seelig & Fein LLP
Christopher J. Major, Esq.
140 East 45th Street, 19th Floor
New York, New York 10017
Tel: (212) 655-3500
Fax: (212) 655-3535

From and After August 8, 2014

125 Park Avenue, 7th Floor
New York, New York 10017

*Attorneys for Defendants Ronald W. Zdrojeski
and David R. Greene*

*Keith O'Connor*

_____

The McMillan Firm
Keith O'Connor o/b/o L. Londell McMillan
29 W. 46th St., 3rd Fl. New York, NY 10036
Tel: 646-559-8314
Fax: 646-559-8318

*L. Londell McMillan (Pro Se)*

*[signature]*

McGrail & Bensinger LLP
David C. McGrail
676A Ninth Ave. #211
New York, NY 10036
Tel: (646) 285-8476
Fax: (646) 224-8377

*Attorneys for Steven P. Otillar*

<u>/s/ Michael R. Carney</u>
MCKOOL SMITH, P.C.
Peter S. Goodman
Michael R. Carney
One Bryant Park, 47th Floor
New York, New York 10036
Tel: 212-402-9400
Fax: 212-402-9444

*Attorneys for Anthony W. Shaw*
