KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
Robert T. Schmidt
Daniel M. Eggermann
Matthew C. Ziegler

*Counsel to the Dewey & LeBoeuf Secured Lender Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
In re:                                                        :    Chapter 11
                                                              :
DEWEY & LEBOEUF LLP,                                          :    Case No. 12-12321 (MG)
                                                              :
                    Debtor.                                   :
                                                              :
-------------------------------------------------------------X

**PERIODIC STATUS REPORT FOR THE PERIOD
JANUARY 1, 2015 THROUGH MARCH 31, 2015**

**TO:   THE HONORABLE MARTIN GLENN,
        UNITED STATES BANKRUPTCY JUDGE:**

       The Dewey & LeBoeuf Secured Lender Trust (the "Secured Lender Trust"), by its undersigned counsel, hereby submits this periodic status report and respectfully states that:

       1.    On May 28, 2012, Dewey & LeBoeuf LLP (the "Debtor") commenced a voluntary case under Chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Case No. 12-12321 (MG).

       2.    On February 27, 2013, the Bankruptcy Court entered an order [Docket No. 1144] confirming the Debtor's Modified Second Amended Chapter 11 Plan of Liquidation, dated

as of January 7, 2013 (the "Plan")¹ [Docket No. 807]. The Secured Lender Trust was created by operation of the Plan.

3. On March 5, 2013 the Bankruptcy Court entered a Post-Confirmation Order and Notice requiring periodic status reports setting forth the progress made toward the consummation of the Plan [Docket No. 1160] (the "Post-Confirmation Order"). On August 23, 2013, the Bankruptcy Court entered an Amended Post-Confirmation Order and Notice reiterating the periodic status report requirement and setting forth certain modifications to the Post-Confirmation Order [Docket No. 1625] (the "Amended Post-Confirmation Order").

4. Pursuant to Section 7.20 of the Plan and the terms of the Post-Confirmation Order and Amended Post-Confirmation Order, the Secured Lender Trust and the Dewey & LeBoeuf Liquidation Trust (the "Liquidation Trust") are responsible for the filing of periodic status reports detailing the respective trusts' progress made toward the consummation of the Plan.

5. The Effective Date of the Plan occurred on March 22, 2013 [Docket No. 1306]. On that date, FTI Consulting, Inc. was appointed Secured Lender Trustee for the Secured Lender Trust. Alan M. Jacobs was appointed as Liquidating Trustee for the Liquidation Trust.

6. Pursuant to the Plan and Confirmation Order, the Liquidation Trust remains responsible for much of the post-Effective Date administration of this Bankruptcy Case. (*See* Plan § 7.6; First Post-Confirmation Report dated April 19, 2013 at ¶ 6 [Docket No. 1370].)

7. The Secured Lender Trust is responsible for, among other things, the collection and liquidation of the Secured Lender Trust Assets pursuant to the terms of the Plan and the Secured Lender Trust Agreement. (Plan § 7.2.) The Secured Lender Trust succeeded to

---

¹ All capitalized terms used herein, but not otherwise defined, shall have the meanings ascribed to them in the Plan.

KL2 2893212.2

12-12321-mg    Doc 2288    Filed 04/13/15    Entered 04/13/15 11:28:35    Main Document
Pg 3 of 5

all of the Debtor's rights and powers with respect to the Secured Lender Trust Assets as of the Plan Effective Date. (*Id.*)

8. Between January 1 and March 31, 2015, the Secured Lender Trust made disbursements in the aggregate amount of **$356,222.77**. The Secured Lender Trust had aggregate receipts totaling **$815,741.49**. A summary chart of these receipts and disbursements is attached hereto as Exhibit A.

9. A copy of this report has been provided to the United States Trustee and will be served in accordance with the Bankruptcy Court's Administrative Order Establishing Case Management Procedures, dated May 30, 2012 [Docket No. 30]. The Secured Lender Trust submits that no further notice is necessary.

Dated:  April 13, 2015
        New York, New York

                By:  /s/ Matthew C. Ziegler
                    Robert T. Schmidt
                    Daniel M. Eggermann
                    Matthew C. Ziegler
                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                    1177 Avenue of the Americas
                    New York, New York 10036
                    (212) 715-9100

                    *Counsel to the Dewey & LeBoeuf Secured Lender Trust*

# **EXHIBIT A**

**Secured Lender Trust Receipts and Disbursements**

KL2 2893212.2

**Dewey & LeBoeuf Secured Lender Trust**  Reporting Period:  January 1, 2015 – March 31, 2015
**Quarterly Post-Confirmation Report**

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

**Bank Accounts**

| Account Name: | Secured Lender Trust Operating | Secured Lender Trust Deposit | Secured Lender Trust Distribution | |
|---|---|---|---|---|
| **Account Number: (last four digits)** | **(#0794)** | **(#2983)** | **(#2613)** | **Total** |
| **Beginning Cash Balance as of January 1, 2015** | $ 522,710.46 | $ 1,111,999.39 | $ 769,484.06 | $ 2,404,193.91 |
| | | | | |
| **Receipts:** | | | | |
| Collection of Client Accounts Receivable | - | 737,211.36 | - | 737,211.36 |
| Foreign Office Recoveries | - | 77,999.75 | - | 77,999.75 |
| Transfer from 0794 | - | - | 513.00 | 513.00 |
| Transfer from 2983 | - | - | - | - |
| Transfer from 2613 | - | - | - | - |
| Interest | - | - | 17.38 | 17.38 |
| Other | - | - | - | - |
| **Total Receipts** | - | 815,211.11 | 530.38 | 815,741.49 |
| | | | | |
| **Disbursements:** | | | | |
| Liquidation Trust Reimbursement | 73,707.32 | - | - | 73,707.32 |
| Collection Commissions/Expenses | 2,005.17 | 36,708.10 | - | 38,713.27 |
| Secured Lender Trustee Fees | 30,000.00 | - | - | 30,000.00 |
| Oversight Committee | 1,912.50 | - | - | 1,912.50 |
| Data Room Expenses | 600.00 | - | - | 600.00 |
| Delaware Trustee | - | - | - | - |
| Mediation Expenses | - | - | - | - |
| Professional Services | 99,827.05 | - | - | 99,827.05 |
| Bank Fees | 320.00 | 2,160.80 | 135.00 | 2,615.80 |
| Distributions | - | - | - | - |
| Other Expenses[1] | - | - | 108,846.83 | 108,846.83 |
| **Total Disbursements** | 208,372.04 | 38,868.90 | 108,981.83 | 356,222.77 |
| | | | | |
| Transfer to 0794 | - | - | - | - |
| Transfer to 2983 | - | - | - | - |
| Transfer to 2613 | 513.00 | - | - | 513.00 |
| | | | | |
| **Net Cash Flow** | (208,885.04) | 776,342.21 | (108,451.45) | 459,005.72 |
| | | | | |
| **Ending Cash Balance as of March 31, 2015** | $ 313,825.42 | $ 1,888,341.60 | $ 661,032.61 | $ 2,863,199.63 |

Notes:
1) Other Expenses from account #2613 represent payments made from the Secured Lender Trust's portion of the Excess Admin/Priority Claims Reserve.