Dewey Final Status Report
April 2015

| Name | Adversary Proceeding Number | Date of Service of Summons | Answer Date/Due Date | Date of Notice of Mediator Selection | Mediator | Date of Mediator Report | Resolved/Dismissed | Pretrial Scheduling Conference Date |
|------|------|------|------|------|------|------|------|------|
| Dial Car Inc. | 13-01505 | 9/13/2013 | 10/15/2013 | 12/16/2013 | Scott Stuart | | Settled and dismissed. | |
| HBR Consulting LLC | 14-01988 | 5/16/2014 | 7/16/2014 | 8/28/2014 | Ian Gazes | | Settled and dismissed. | |