BROWN RUDNICK LLP
Edward S. Weisfelner
Howard S. Steel
7 Times Square
New York, New York 10036
Telephone: 212-209-4800

*Counsel for the*
*Dewey & LeBoeuf Liquidation Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
In re:                                                      :    Chapter 11
                                                            :
DEWEY & LEBOEUF LLP,                                        :    Case No. 12-12321 (MG)
                                                            :
                    Debtor.                                 :
                                                            :
------------------------------------------------------------X

### NINTH POST-CONFIRMATION REPORT

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

  Alan M. Jacobs, as Liquidating Trustee (the "Liquidating Trustee") for and on behalf of the Dewey & LeBoeuf Liquidation Trust (the "Liquidation Trust"), by and through his undersigned counsel, submits this ninth post-confirmation report, and respectfully represents as follows:

### BACKGROUND

  1. On May 28, 2012, Dewey & LeBoeuf LLP (the "Debtor") commenced a voluntary case under Chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12321 (MG) (the "Bankruptcy Case").

2. On February 27, 2013, the Court entered an order (the "Confirmation Order") [Docket No. 1144], confirming the *Debtor's Modified Second Amended Chapter 11 Plan of Liquidation of Dewey & LeBoeuf LLP, dated January 7, 2013* (the "Plan").[1]

3. On March 5, 2013 the Court entered an order requiring periodic status reports detailing the progress made toward consummation of the Plan (the "Post-Confirmation Order"). See Docket No. 1160.

4. The Effective Date of the Plan occurred on March 22, 2013, and Alan M. Jacobs was appointed Liquidating Trustee for the Liquidation Trust.

5. On April 19, 2013, the Liquidation Trust and the Secured Lender Trust filed a joint First Post-Confirmation Report. See Docket No. 1370.

6. On July 16, 2013, the Liquidating Trustee filed his Second Post-Confirmation Report, covering the period of March 22, 2013 through June 30, 2013. See Docket No. 1552.

7. On October 15, 2013, the Liquidating Trustee filed his Third Post-Confirmation Report, covering the period of July 1, 2013 through September 30, 2013. See Docket No. 1753.

8. On January 15, 2014, the Liquidating Trustee filed his Fourth Post-Confirmation Report, covering the period of October 1, 2013 through December 31, 2013. See Docket No. 1975.

9. On April 15, 2014, the Liquidating Trustee filed his Fifth Post-Confirmation Report, covering the period of January 1, 2014 through March 31, 2014. See Docket No. 2054.

10. On July 14, 2014, the Liquidating Trustee filed his Sixth Post-Confirmation Report, covering the period of April 1, 2014 through June 30, 2014. See Docket No. 2138.

---

[1] All capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Plan.

2

11. On October 14, 2014, the Liquidating Trustee filed his Seventh Post-Confirmation Report, covering the period July 1, 2014 through September 30, 2014. See Docket No. 2195.

12. On January 14, 2015, the Liquidating Trustee filed his Eighth Post-Confirmation Report, covering the period October 1, 2014 through December 31, 2014. See Docket No. 2241.

13. The Liquidating Trustee hereby files this Ninth Post-Confirmation Report, covering the period of January 1, 2015 through March 31, 2015 (the "Report Period").

## STATUS REPORT

### A. Case Administration.

14. United States Trustee Requirements. The Liquidation Trust has complied with all of its statutory fee and reporting obligations to the Office of the United States Trustee.

15. Post-Confirmation Order. The Liquidation Trust has complied with all of its obligations under the Post-Confirmation Order.

### B. Settlements and Recoveries.

16. During the Report Period, the Liquidation Trust's total cash receipts were $3,312,779, which included: (i) $182,554 in reimbursements from the Secured Lender Trust; (ii) $3,112,303 in Subsequent PCP/Unfinished Business Proceeds; and (iii) $17,922 in proceeds from other Liquidation Trust Assets. See Schedule of Cash Receipts and Disbursements, attached hereto as Exhibit 1.

### C. Distributions.

17. During the Report Period, distributions from the Liquidation Trust were made: (i) in the aggregate amount of $3,800,000 to holders of Allowed Secured Lender Claims; and (ii) in the aggregate amount of $4,000,000, including reserves for unresolved claims, to: (a) holders of Allowed General Unsecured Claims (representing a 1.1407% distribution and a

cumulative distribution of 5.1444%); and (b) holders of Allowed Secured Lender Deficiency Claims (representing a .9772% distribution and a cumulative distribution of 1.0423%).

### D. Claims Reconciliation.

18. The Debtor and the Liquidating Trustee have filed a total of 37 omnibus claims objections in the Bankruptcy Case. To date approximately 1,317 of the 1,324 proofs of claim filed against the Debtor have been resolved. The Liquidating Trustee is working diligently to review, reconcile, and resolve all remaining claims.

### NOTICE

19. A copy of this report has been provided to the United States Trustee and served in accordance with the *Bankruptcy Court's Administrative Order Establishing Case Management Procedures*, dated May 30, 2012. See Docket No. 30. The Liquidating Trustee submits that no further notice is necessary.

### CONCLUSION

20. The Liquidating Trustee will continue to work diligently to resolve outstanding matters in order to ensure the timely closing of this Bankruptcy Case.

Dated: April 15, 2015
New York, New York

**BROWN RUDNICK LLP**

By: */s/ Howard S. Steel*
Edward S. Weisfelner
Howard S. Steel
7 Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel for the Dewey & LeBoeuf Liquidation Trust*