KLESTADT WINTERS JURELLER
  SOUTHARD & STEVENS, LLP
Tracy L. Klestadt
John E. Jureller, Jr.
570 Seventh Avenue, 17th Floor
New York, New York 10018
212-972-3000

***Attorneys for FTI Consulting, Inc., solely in its
Capacity as Liquidating Trustee of the Dewey &
LeBoeuf Secured Lender Trust***

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DEWEY & LEBOEUF, LLP, | : | Case No. 12-12321 (MG) |
| | : | |
| Debtor. | : | |

------------------------------------------------------------------X

## NOTICE OF AGENDA FOR MATTERS
## SCHEDULED FOR MAY 6, 2015 PRE-TRIAL CONFERENCES

**Location of Hearing**:      Before Honorable Martin Glenn, Courtroom 501, United States
Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, One Bowling Green,
New York, NY 10004.

**A.      Initial Pretrial Conferences for Secured Lender Trust Adversary Proceedings:**

1.  FTI Consulting, Inc. et al. v. Jones Magazine, Inc. et al., Adv. Proc. No. 14-02182 (MG).  **To date, Defendants have not yet appeared in this action.  The parties are discussing the possible resolution of the action.  The Court has adjourned the Pretrial Conference to June 16, 2015 at 10:00 a.m.**

2.  FTI Consulting, Inc. et al. v. Autologous Regeneration, LLC, Adv. Proc. No. 14-02420 (MG).  **The parties have reached a settlement on this matter.  The Court has adjourned the Pretrial Conference to June 16, 2015 at 10:00 a.m.**

3.  FTI Consulting, Inc. et al. v. Industrias Unidas, S.A. de C.V., Adv. Proc. No. 15-01004 (MG).  **To date, Defendant has not yet appeared in this action.  A Clerk's Certificate of Default was entered on April 23, 2015.  Plaintiff's motion for a default judgment is scheduled for presentment on May 25, 2015.  The Court has adjourned the Pretrial Conference to June 16, 2015 at 10:00 a.m.**

4.  FTI Consulting, Inc. et al. v. Sloan Asset Management LLC, Adv. Proc. No. 15-01020 (MG). **To date, Defendants have not yet appeared in this action. A Clerk's Certificate of Default was entered on April 23, 2015. Plaintiff's motion for a default judgment is scheduled for presentment on May 25, 2015. The Court has adjourned the Pretrial Conference to June 16, 2015 at 10:00 a.m.**

5.  FTI Consulting, Inc. et al. v. Phoenix Realty Group LLC, Adv. Proc. No. 15-01089 (MG). **To date, Defendants have not yet appeared in this action; however the parties are currently discussing the possible resolution of this matter. The Court has adjourned the Pretrial Conference to June 16, 2015 at 10:00 a.m.**

Dated: New York, New York
      May 4, 2015

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP

By: */s/John E. Jureller, Jr.*
    Tracy L. Klestadt
    John E. Jureller, Jr.
570 Seventh Avenue, 17th Floor
New York, NY 10018-1603
(212) 972-3000

*Attorneys for Plaintiff, FTI Consulting, Inc., solely in its Capacity as Liquidating Trustee of the Dewey & LeBoeuf Secured Lender Trust*
