**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| DEWEY & LEBOEUF LLP, | : | Case No. 12-12321 (MG) |
| | : | |
| Debtor. | : | Ref. Docket No. 2296 |

-------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                                              ) ss.:
COUNTY OF NEW YORK     )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned chapter 11 cases.

2.  On May 5, 2015, I caused to be served the "Notice of Adjournment of Omnibus Hearing Previously Scheduled for May 6, 2015 at 10:00 A.M.," dated May 5, 2015 [Docket No. 2296], by causing true and correct copies to be:

    i.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT to THE ATTENTION of ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                                              */s/ Carol Zhang*
Sworn to before me this                                          Carol Zhang
6th day of May, 2015
*/s/ Diane Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in the Westchester County
Commission Expires November 2, 2018

# EXHIBIT A

# DEWEY & LEBOEUF LLP
## MONTHLY SERVICE LIST - SPECIAL & GENERAL
### EMAIL NOTICE

| Creditor Name | Email Address |
|---|---|
| A. BRENT TRUITT, ATTORNEY AT LAW (COUNSEL TO: BENNETT J. MURPHY) | brent.truitt@hotmail.com |
| ACKERMAN SPENCE PLLC (COUNSEL TO: CITISTORAGE LLC) ATTN: ROBERT J SPENCE ESQ | RSPENCE@SPENCELAWPC.COM |
| ANDREW LAVOOTT BLUESTONE ESQ (COUNSEL TO: ROY E HAHN, CHENERY ASSOCIATES INC & LARRY AUSTIN & STARWALKER GROUP) | alb@bluestonelawfirm.com |
| ARTHUR J SEMETIS PC (COUNSEL TO: PJ MECHANICAL SERVICE) ATTN: ARTHUR J SEMETIS ESQ | asemetis@semetislaw.com |
| BAKER & HOSTETLER LLP (COUNSEL TO: RAJON FINANCIAL GMBH & RAFAEL ROTH) ATTN: CHRISTOPH LANGE ESQ & ELYSSA KATES ESQ | clange@bakerlaw.com; ekates@bakerlaw.com |
| BAKER & MCKENZIE LLP (COUNSEL TO: BAKER & MCKENZIE LLP) ATTN: CHARLES CUMMINGS ESQ | charles.cummings@bakermckenzie.com |
| BAKER & MCKENZIE LLP (COUNSEL TO: BAKER & MCKENZIE LLP) ATTN: PETER ENGSTROM ESQ | peter.engstrom@bakermckenzie.com |
| BDO LLP (ADMINISTRATOR TO: DEWEY THE UK LLP) ATTN: MARK SHAW & SHAY BANNON | Mark.Shaw@bdo.co.uk; Shay.Bannon@bdo.co.uk |
| BECKER & POLIAKOFF LLP (COUNSEL TO: JOHN DOE & VIVIAN POLAK) ATTN: HELEN DAVIS CHAITMAN ESQ | hchaitman@becker-poliakoff.com |
| BECKER & POLIAKOFF LLP (COUNSEL TO: JOHN DOE) ATTN: PETER W SMITH & VALERIE SIROTA ESQS | psmith@becker-poliakoff.com; vsirota@becker-poliakoff.com |
| BECKER & POLIAKOFF LLP (COUNSEL TO: VIVAN POLAK) ATTN: PETER W SMITH ESQ | psmith@bplegal.com |
| BECKER & POLIAKOFF LLP (COUNSEL TO: VIVIAN POLAK) ATTN: JULIE GORCHKOVA ESQ | jgorchkova@bplegal.com |
| BECKER & POLIAKOFF LLP (COUNSEL TO: VIVIAN POLAK) ATTN: VALERIE SIROTA ESQ | vsirota@bplegal.com |
| BINGHAM MCCUTCHEN (COUNSEL TO: THE PREPETITION SECURED NOTEHOLDERS) ATTN: MICHAEL J REILLY & RONALD J SILVERMAN ESQS | michael.reilly@bingham.com; ronald.silverman@bingham.com |
| BLANK ROME LLP (COUNSEL TO: CERTAIN GROUP OF FORMER PARTNERS) ATTN: ANDREW B ECKSTEIN ESQ | aeckstein@blankrome.com |
| BRESSLER AMERY & ROSS PC (COUNSEL TO: MARIJA DANILUNAS ESQ) ATTN: DAVID H PIKUS ESQ | dpikus@bressler.com |
| BROWN RUDNICK LLP (COUNSEL TO: ALAN M JACOBS, LIQUIDATING TRUSTEE) ATTN: EDWARD S WEISFELNER ESQ & HOWARD STEEL ESQ | eweisfelner@brownrudnick.com; hsteel@brownrudnick.com |
| BRYAN CAVE LLP (COUNSEL TO: STEPHEN DICARMINE) ATTN: AUSTIN V CAMPRIELLO ESQ AND MARY BETH BUCHANAN ESQ | avcampriello@bryancave.com; mbuchanan@bryancave.com |
| BUCHALTER NEMER PC (COUNSEL TO: BP AMERICA) ATTN: PAUL ARROW | parrow@buchalter.com |
| BUCHALTER NEMER PC (COUNSEL TO: ORACLE AMERICA & ORACLE CREDIT CORP) ATTN: SHAWN M CHRISTIANSON ESQ | schristianson@buchalter.com |
| CADWALADER, WICKERSHAM & TAFT LLP (COUNSEL TO: GEORGE R. ABRAMOWITZ) ATTN: MARK C. ELLENBERG ESQ | mark.ellenberg@cwt.com |
| CAMPO, JOHN P | John.Campo@troutmansanders.com |
| CMS CAMERON MCKENNA LLP (COUNSEL TO: DEWEY THE UK LLP) ATTN: EMMA RIDDLE MITRE HOUSE | Emma.Riddle@cms-cmck.com |
| COZEN O'CONNOR (COUNSEL TO: COZEN) ATTN: BRIAN P FLAHERTY ESQ | bflaherty@cozen.com |
| CULLEN AND DYKMAN LLP (PRO SE) ATTN: MATTHEW G ROSEMAN ESQ | mroseman@cullenanddykman.com |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP (COUNSEL TO: 1301 PROPERTIES OWNER) ATTN: ELIOT LAUER ESQ, STEVEN J REISMAN ESQ, GABRIEL HERTZBERG ESQ | elauer@curtis.com; sreisman@curtis.com; ghertzberg@curtis.com |
| DAVIS & GILBERT LLP (COUNSEL TO: COMMERZBANK AG) ATTN: JESSE B SCHNEIDER ESQ | jschneider@dglaw.com |
| DAVIS WRIGHT TREMAINE LLP (COUNSEL TO: SUNTRUST) ATTN: HUGH R MCCULLOUGH | hughmccullough@dwt.com |
| DEWEY & LEBOEUF LLP (THE DEBTOR) ATTN: MANAGING CLERK'S OFFICE / JANIS M MEYER ESQ JONATHAN MITCHELL, CRO FRANK CANELLAS, DIRECTOR OF FINANCE | jmeyer@DeweyLeBoeuf.com |
| DIAMOND MCCARTHY LLP (COUNSEL TO: ALAN M JACOBS, LIQUIDATING TRUSTEE) ATTN: ALLAN B DIAMOND ESQ, HOWARD D RESSLER ESQ | adiamond@diamondmccarthy.com; hressler@diamondmccarthy.com; |
| DIAMOND MCCARTHY LLP (COUNSEL TO: ALAN M JACOBS, LIQUIDATING TRUSTEE) ATTN: ANDREA L KIM ESQ, J. MAXWELL BEATTY ESQ CHRISTOPHER MURRAY ESQ | akim@diamondmccarthy.com; mbeatty@diamondmccarthy.com; cmurray@diamondmccarthy.com |
| DLA PIPER LLP (US) (COUNSEL TO: WILLIAM MARCOUX & JOHN ALTORELLI) ATTN: THOMAS CALIFANO ESQ | thomas.califano@dlapiper.com |
| DORSEY & WHITNEY LLP (COUNSEL TO: AD HOC COMMITTEE OF RETIRED PARTNERS) ATTN: ANNETTE JARVIS ESQ & PEGGY HUNT ESQ | jarvis.annette@dorsey.com; hunt.peggy@dorsey.com |
| DORSEY & WHITNEY LLP (COUNSEL TO: AD HOC COMMITTEE OF RETIRED PARTNERS) ATTN: ERIC LOPEZ SCHNABEL ESQ JESSICA MIKHAILEVICH ESQ | schnabel.eric@dorsey.com; mikhailevich.jessica@dorsey.com |
| DORSEY & WHITNEY LLP (COUNSEL TO: US BANK NA SUCCESSOR TO US BANCORP EQUIPMENT FINANCE INC) ATTN: STEVEN J HEIM ESQ | heim.steven@dorsey.com |
| DUN & BRADSTREET C/O RECEIVABLE MANAGEMENT SERVICES ("RMS") ATTN: RONALD L. ROWLAND, AGENT | Ronald.Rowland@rms-iqor.com |
| EDWARD Y CROSSMORE ESQ (COUNSEL TO: MARILYN TEBOR SHAW) | ruth@crossmore.com |

# DEWEY & LEBOEUF LLP
## MONTHLY SERVICE LIST - SPECIAL & GENERAL
### EMAIL NOTICE

| Creditor Name | Email Address |
|---|---|
| EPIQ BANKRUPTCY SOLUTIONS LLC (CLAIMS AGENT TO: THE DEBTOR, DEWEY & LEBOEUF LLP) ATTN: SID GARABATO, SENIOR CASE MANAGER | sgarabato@epiqsystems.com |
| EPLUS GROUP INC & EPLUS TECHNOLOGY INC ATTN: ERICA STOECKER ESQ, GENERAL COUNSEL | EStoecker@EPLUS.com |
| FAEGRE BAKER DANIELS LLP (COUNSEL TO: FIDELITY NATIONAL CAPITAL INC DBA WINTHROP CAPITAL) ATTN: MICHAEL B FISCO ESQ, CHRISTOPHER HARAYDA ESQ | michael.fisco@FaegreBD.com; cj.harayda@FaegreBD.com |
| FITZPATRICK CELLA HARPER & SCINTO (COUNSEL TO: THE LEGAL AID SOCIETY) ATTN: DONALD CURRY, JOSHUA ROTHMAN, DENNIS GREGORY | dcurry@fchs.com; jrothman@fchs.com; dgregory@fchs.com |
| FLEMMING ZULACK WILLIAMSON & ZAUDERER LLP (COUNSEL TO: CERTAIN GROUP OF FORMER PARTNERS) ATTN: MARK C ZAUDERER ESQ | mzauderer@fzwz.com |
| GAGE SPENCER & FLEMING LLP (COUNSEL TO: PHILIP G. GROVES) ATTN: WILLIAM B FLEMING ESQ | wfleming@gagespencer.com |
| GOLDIN ASSOCIATES LLC (SPECIALIST CONSULTANT TO THE DEBTOR) ATTN: DAVID PAUKER & GARY POLKOWITZ | dpauker@goldinassociates.com; gpolkowitz@goldinassociates.com |
| GOLDMAN & VAN BEEK PC (COUNSEL TO: CARROLL SQUARE VENTURE LLC) NEIL D GOLDMAN ESQ, HOLLY CURRIER ESQ | ngoldman@goldmanvanbeek.com; hcurrier@goldmanvanbeek.com |
| GOULSTON & STORRS PC (COUNSEL TO: 125 W 55TH STREET PARTNERS LLC) ATTN: CHISTINE D LYNCH ESQ & TIMOTHY J CARTER ESQ | clynch@goulstonstorrs.com; tcarter@goulstonstorrs.com |
| GOVER, ALAN S., ESQ. (COUNSEL TO: DONNA M ATTANASIO, VINCENT R FITZPATRICK, CECILY P MAGUIRE, EARLE H O'DONNELL, JOHN P OLIVIERI) | agover@whitecase.com |
| HOLLAND & KNIGHT LLP (COUNSEL TO: HOLLAND & KNIGHT LLP) ATTN: BARBRA R PARLIN ESQ | barbra.parlin@hklaw.com |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC ATTN: JOSEPH CORRIGAN, GENERAL COUNSEL | Bankruptcy2@ironmountain.com |
| JACKSON WALKER LLP (COUNSEL TO: MAIN LAMAR PARTNERSHIP LP) ATTN: MONICA S BLACKER ESQ | mblacker@jw.com |
| JAFFE & ASHER LLP (COUNSEL TO: ABM JANITORIAL SERVICES-NORTHEAST) ATTN: GLENN P BERGER ESQ | gberger@jaffeandasher.com |
| JPMORGAN CHASE BANK NA (AS AGENT FOR THE BANKS AND NOTEHOLDERS) ATTN: RICHARD C WALDEN | richard.walden@jpmorgan.com |
| KANTOR DAVIDOFF WOLFE MANDELKER TWOMEY & GALLANTY (COUNSEL TO: G & S TECHNOLOGY GROUP INC) ATTN: MATTHEW C KESTEN ESQ | kesten@kantorlawonline.com |
| KARPELAW (COUNSEL TO: ACE USA, ACE GROUP, ACE BERMUDA) ATTN: KAREL S KARPE ESQ | kkarpe@karpelaw.com |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP (COUNSEL TO: OFFICIAL COMMITTEE/FORMER PARTNERS) ATTN: DAVID M FRIEDMAN ESQ, ANDREW K GLEEN ESQ & | dfriedman@kasowitz.com; aglenn@kasowitz.com |
| KAYE SCHOLER LLP (US COUNSEL TO: DEWEY THE UK LLP) ATTN: MADLYN GLEICH PRIMOFF ESQ & MARC D ROSENBERG ESQ | mprimoff@kayescholer.com |
| KELLEY DRYE & WARREN LLP (COUNSEL TO: FIDELITY NATIONAL CAPITAL DBA WINTHROP CAPITAL) ATTN: ROBERT L LEHANE ESQ | KDWBankruptcyDepartment@kelleydrye.com |
| KILPATRICK TOWNSEND & STOCKTON LLP (COUNSEL TO: AVIVA LIFE & ANNUITY) ATTN: ALFRED S LUREY ESQ | alurey@kilpatricktownsend.com |
| KING & SPALDING LLP (COUNSEL TO: CERTAIN FORMER LATERALS / CFL) ATTN: ARTHER J STEINBERG ESQ | asteinberg@kslaw.com |
| KINZEY, JOHN S | Kinzeyjs@gmail.com |
| KLESTADT & WINTERS LLP (COUNSEL TO: THE INFORMAL GROUP OF FORMER PARTNERS OF DEWEY & LEBOEUF LLP) ATTN: TRACY L KLESTADT ESQ & SEAN C SOUTHARD ESQ | tklestadt@klestadt.com; ssouthard@klestadt.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP (COUNSEL TO: JP MORGAN, ADMIN & COLLATERAL AGENT) ATTN: KENNETH H ECKSTEIN ESQ & ROBERT SCHMIDT ESQ | keckstein@kramerlevin.com; rschmidt@kramerlevin.com |
| LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C. (SUB CO-COUNSEL TO: MARIJA JURATE DANILUNAS) ATTN: DOUGLAS T TABACHNIK ESQ | dtabachnik@dttlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP (COUNSEL TO: HARRIS COUNTY) ATTN: JOHN P DILLMAN ESQ | houston_bankruptcy@publicans.com |
| LINOWES & BLOCHER LLP (CO-COUNSEL TO: 1101 NEW YORK HOLDINGS LLC) ATTN: GABRIELLE M DUVALL ESQ | gduvall@linowes-law.com |
| MCCARTER & ENGLISH LLP (COUNSEL TO: CIT TECHNOLOGY FINANCING SERVICES) ATTN: EDUARDO J GLAS ESQ | eglas@mccarter.com |
| MCDERMOTT WILL & EMERY LLP (COUNSEL TO: CORRAO MILLER WIESENTHAL LEGAL SEARCH CONSULTANTS, INC) ATTN: TIMOTHY WALSH ESQ | twalsh@mwe.com |

# DEWEY & LEBOEUF LLP
## MONTHLY SERVICE LIST - SPECIAL & GENERAL
### EMAIL NOTICE

| Creditor Name | Email Address |
|---|---|
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP (COUNSEL TO: COMPASS GROUP USA INC DBA FLIK INTERNATIONAL CORP) ATTN: GARY D BRESSLER ESQ | gbressler@mdmc-law.com |
| MENAKER & HERRMANN LLP (COUNSEL TO: ETIENNE R CLAES & CRESCO FACTOR CO) ATTN: RICHARD MENAKER ESQ & ALBENA PETRAKOV ESQ | rmenaker@mhjur.com |
| MORITT HOCK & HAMROFF LLP (COUNSEL TO: CENTRAL MOVING & STORAGE CO INC) ATTN: LEE J MENDELSON ESQ | lmendelson@moritthock.com |
| OFFICE OF THE UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK PREET BHARARA, UNITED STATES ATTORNEY ATTN: CRISTINE IRVIN PHILLIPS ESQ | cristine.phillips@usdoj.gov |
| OLSHAN FROME WOLOSKY LLP (COUNSEL TO: BELCHER, CSUKA, MACDONALD, MCDONOUGH AND RIBANDO) ATTN: MICHAEL FOX ESQ & JONATHAN KOEVARY ESQ | mfox@olshanlaw.com; jkoevary@olshanlaw.com |
| OSCAR MICHELEN (COUNSEL TO: LARRY AUSTIN & STARWALKER GROUP) ATTN: OSCAR MICHELEN ESQ | omichelen@cuomollc.com |
| PAUL HASTINGS LLP (COUNSEL TO: 1101 NEW YORK HOLDINGS LLC (1101) ATTN: HARVEY A STRICKON ESQ | harveystrickon@paulhastings.com |
| PENSION BENEFIT GUARANTY CORPORATION (PGBC) ATTN: ERIN C KIM ESQ & JOEL W RUDERMAN ESQ | Kim.Erin@pbgc.gov |
| PORZIO BROMBERG & NEWMAN PC (COUNSEL TO: EDWARD H. ARNOLD & JEANNE D. ARNOLD) ATTN: JOHN S MAIRO ESQ | jsmairo@pbnlaw.com |
| PRYOR & MANDELUP LLP (COUNSEL TO: PETERSAN LEGAL TEMPS) ATTN: ROBERT L PRYOR ESQ | rlp@pryormandelup.com |
| PRYOR CASHMAN LLP (COUNSEL TO: EPLUS TECHNOLOGY INC) ATTN: RICHARD LEVY JR ESQ | rlevy@pryorcashman.com |
| PRYOR CASHMAN LLP (COUNSEL TO: FIFTH THIRD BANK) ATTN: RONALD S BEACHER ESQ | rbeacher@pryorcashman.com |
| RIDDELL & WILLIAMS PS (COUNSEL TO: MICROSOFT CORPORATION & MICROSOFT LICENSING GP) ATTN: MARIA A MILANO ESQ & JOSEPH SHICKICH JR ESQ | mmilano@riddellwilliams.com; jshickich@riddellwilliams.com |
| RIEMER & BRAUNSTEIN LLP (COUNSEL TO: WELLS FARGO EQUIPMENT FINANCE) ATTN: BARRY G BRAUNSTEIN ESQ, MAURA I RUSSELL ESQ NATHAN C PAGETT ESQ | bbraunstein@riemerlaw.com; mrussell@riemerlaw.com; npagett@riemerlaw.com |
| ROSEN & ASSOCIATES PC (COUNSEL TO: VENTURE CAPITAL FUND OF AMERICA) ATTN: SANFORD P ROSEN ESQ | srosen@rosenpc.com |
| ROSENBERG & ESTIS PC (COUNSEL TO: 1301 PROPERTIES OWNER LP/LANDLORD) ATTN: HOWARD W KINGSLEY ESQ | hkingsley@rosenbergestis.com |
| SCHULTE ROTH & ZABEL LLP (COUNSEL TO: SEAN GORMAN) ATTN: MICHAEL L COOK ESQ | michael.cook@srz.com |
| SEYFARTH SHAW LLP (PRO SE) ATTN: ROBERT L BODASKY ESQ | rbodansky@seyfarth.com |
| STANWYCK, STEVEN J. | stanfirm@roadrunner.com |
| STONE BONNER & ROCCO LLP (CO-COUNSEL TO: MARIJA JURATE DANILUNAS) ATTN: RALPH M STONE ESQ | RStone@lawssb.com |
| STREUSAND LANDON & OZBURN LLC (COUNSEL TO: DELL MARKETING & DELL FINANCIAL) ATTN: SABRINA L STREUSAND ESQ | streusand@slollp.com |
| STUTMAN TREISTER & GLATT PC (COUNSEL TO: LLOYDS AMERICA INC & CORP OF LLOYDS) ATTN: WILLIAM P WEINTRAUB ESQ & KIZZY JARASHOW ESQ | wweintraub@stutman.com; kjarashow@stutman.com |
| SULLIVAN & WORCESTER LLP (COUNSEL TO: UNICREDIT BANK AG) ATTN: JONATHAN G KORTMANSKY ESQ & FRANKLIN B VELIE ESQ | jkortmansky@sandw.com; fvelie@sandw.com |
| SUNTRUST BANK ATTN: SAMUEL M. BALLESTEROS, SENIOR VICE PRESIDENT | samuel.ballesteros@suntrust.com |
| SUNTRUST EQUIPMENT FINANCE & LEASING CORP ATTN: LAWRENCE D COOPER ESQ & MARKELLA ROUSSOS ESQ | lawrence.d.cooper@suntrust.com |
| TODD & LEVI LLP (COUNSEL TO: BANK FINANCIAL FSB) ATTN: JILL LEVI ESQ & DAVID ROSENBERG ESQ | jlevi@toddlevi.com; drosenberg@toddlevi.com |
| TOGUT SEGAL & SEGAL LLP (COUNSEL TO: THE DEBTOR, DEWEY & LEBOEUF LLP) ATTN: SCOTT E RATNER ESQ, JAMES J LEE ESQ & LARA R SHEIKH ESQ | altogut@teamtogut.com; seratner@teamtogut.com; lsheikh@teamtogut.com; dperson@teamtogut.com |
| US BANCORP EQUIPMENT FINANCE INC ATTN: BRUCE OLSON, VICE PRESIDENT | bruce.olson@usbank.com |
| WILEY REIN LLP (COUNSEL TO: XL SPECIALTY INSURANCE CO) ATTN: LELAND H JONES IV & DANIEL J STANDISH KIMBERLY M MELVIN ESQS | ljones@wileyrein.com; dstandish@wileyrein.com; kmelvin@wileyrein.com |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP (COUNSEL TO: BANC OF AMERICA LEASING & CAPITAL) ATTN: SCOTT ZUBER ESQ, DANIEL FLORES ESQ & MICHAEL TURNER ESQ | scott.zuber@wilsonelser.com; daniel.flores@wilsonelser.com; michael.turner@wilsonelser.com |
| WINTHROP RESOURCES CORPORATION ATTN: RICHARD PIEPER | rpieper@winthropresources.com |

| | |
|---|---|
| **Total Creditor Count** | **98** |
| **Total Email Count** | **134** |

**EXHIBIT B**

DEWEY & LeBOEUF LLP
SPECIAL & GENERAL SERVICE LIST PARTIES WITH NO EMAIL

EMPIRE BLUE CROSS BLUE SHIELD
ATTN: LOUIS L BENZA ESQ
ONE LIBERTY PLAZA 14TH FL
NEW YORK, NY 10006

INTERNAL REVENUE SERVICES (IRS)
ATTN: OFFICE OF THE TREASURER
1500 PENNSYLVANIA AVE ROOM 2134
WASHINGTON, DC 20220

INTERNAL REVENUE SERVICES (IRS)
2970 MARKET ST
MAIL STOP 5-Q30.133
PHILADELPHIA, PA 19104

INTERNAL REVENUE SERVICES (IRS)
ATTN: SID BROWN
INSOLVENCY DEPARTMENT
290 BROADWAY 5TH FL
NEW YORK, NY 10007

MORRISON COHEN LLP
(COUNSEL TO: EMPIRE BLUE CROSS BLUE
SHIELD)
ATTN: ROBERT DAKIS ESQ
909 THIRD AVE
NEW YORK, NY 10022

OFFICE OF THE UNITED STATES TRUSTEE
WILLIAM K. HARRINGTON
ATTN: BRIAN MASUMOTO, TRIAL ATTORNEY
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, NY 10014

| Claim Name | Address Information |
|---|---|
| AUTOLOGOUS REGENERATION LLC | C/O ROSEN & ASSOCIATES ATTN: ASHLEY M KOENEN ESQ 747 THIRD AVE NEW YORK NY 10017 |
| AUTOLOGOUS REGENERATION LLC | 570 LEXINGTON AVE NEW YORK NY 10022 |
| INDUSTRIAS UNIDAS SA DE CV | 704 BRICKELL AVE STE 1250 MIAMI FL 33131 |
| JONES MAGAZINE | C/O THE NORTHSTAR GROUP INC (DE) 29 W 46TH ST 3RD FL NEW YORK NY 10036 |
| PHOENIX REALTY GROUP LLC | 645 MADISON AVE RM 500 NEW YORK NY 10022-1010 |
| SLOAN ASSET MANAGEMENT LLC | 444 MADISON AVE 18TH FL NEW YORK NY 10022 |
| THE NORTHSTAR GROUP INC (DE) | 29 W 46TH ST 3RD FL NEW YORK NY 10036 |

**Total Creditor count  7**