# **EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                           :

In re:                                              :          Chapter 11

DEWEY & LEBOEUF LLP,                   :          Case No. 12-12321 (MG)

                        Debtor.                :

------------------------------------------------------------X

## SEVENTH ORDER EXTENDING DATE BY WHICH OBJECTIONS TO CLAIMS MUST BE FILED

Upon the *Motion of the Dewey & LeBoeuf Liquidation Trust for Seventh Extension of Date by Which Objections to Claims Must Be Filed*, dated May 26, 2015 (the "Motion");[1] and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given in accordance with the Case Management Order, and no other or further notice needing to be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Liquidation Trust and its beneficiaries; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore; it is hereby

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1. ORDERED, that the relief requested in the Motion is granted as set forth herein; and it is further

2. ORDERED, that the Claims Objection Bar Date is extended through and including August 9, 2015, without prejudice to the Liquidating Trustee's ability to seek further extensions; and it is further

3. ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: June __, 2015
       New York, New York

                                                MARTIN GLENN
                                    United States Bankruptcy Judge