**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|                          |   |                          |
|--------------------------|---|--------------------------|
| **In re:**               | * | **Chapter 11**           |
|                          | * |                          |
| **DEWEY & LEBOEUF LLP,** | * | **Case No. 12-12321 (MG)** |
|                          | * |                          |
| **Debtor.**              | * |                          |
|                          | * |                          |
| *   *   *   *   *   *    | * |                          |

## WITHDRAWAL OF CLAIM
### (Claim No. 888:  HOWREY LLP)

1.      Whiteford Taylor & Preston LLP is counsel for the Official Committee of Unsecured Creditors (the "Committee") in the case styled as *In re Howrey LLP*, Case No. 11-31376, in the United States Bankruptcy Court for the Northern District of California (San Francisco Division).

2.      Pursuant to **Exhibit A** attached hereto, the *Order Granting Second Joint Motion of the Official Committee of Unsecured Creditors and Allan B. Diamond, Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 105(a), 1103(c), and 1109(b) for Entry of an Order Granting Leave, Standing, and Authority to Committee to Prosecute and Settle Causes of Action on Behalf of the Debtor's Estate*, the Committee has standing "to commence and prosecute all claims and causes of action of [Howrey LLP]'s Estate . . . against Dewey & LeBoeuf LLP," and "remain[s] exclusively responsible for the . . . settlement of estate claims" against Dewey & LeBoeuf LLP.

3.      Given such authority and standing, pursuant to Federal Rule of Bankruptcy Procedure 3060, Howrey LLP, through the Committee, hereby withdraws its claim filed in these proceedings (Claim No. 888).

Dated:  June 17, 2015

Respectfully submitted,

WHITEFORD TAYLOR & PRESTON LLP

By: /s/ *Brent C. Strickland*
Brent C. Strickland (BS 7811)
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
(410) 347-8700
E-mail: bstrickland@wtplaw.com

*Counsel for the Official Committee of
Unsecured Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of June, 2015, a copy of the foregoing

Withdrawal of Claim was sent by first-class mail, postage pre-paid, to:

Edward S. Weisfelner
Howard S. Steel
Brown Rudnick LLP
7 Times Square New York, New York 10036

*Counsel for the Dewey & LeBoeuf Liquidation Trust*

*Alan C. Lazerow*
Alan C. Lazerow

*2143578*